# Exhibit 6

Claim Chart – '183 Patent

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| Claim Language | Where in the Accused Product(s) Each Limitation of the Asserted Claim(s) are Found – HoloLens 1, HoloLens 2, IVAS |
|---|---|
| **Claim 13.** A computer system comprising: | Defendant Microsoft's accused systems (*e.g.*, embodied in the HoloLens 1, HoloLens 2, Integrated Visual Augmentation System (IVAS), and related software applications) embody a computer system.<br><br>The evidence below is described with regard to the HoloLens 1, which was introduced by Microsoft on March 30, 2016. While there are technical improvements and additional features associated with HoloLens 2 (introduced February 24, 2019) and IVAS (a military variant of the HoloLens 2), each of the accused systems function similarly with reference to the '183 patent claim limitations as described below. Where needed, distinctions are made, with additional evidence and features described for HoloLens 2 and IVAS.<br><br>In general, Microsoft has obtained patents covering its systems and services related to the accused systems. On information and belief, Microsoft incorporates its patented features in the accused systems, and it is reasonable for D3D to rely on those Microsoft patents as evidence of how the HoloLens 1, HoloLens 2 and IVAS systems operate.  Such citations to Microsoft patents are noted throughout the claim charts.<br><br>The evidence below demonstrates that the accused systems operate as a computer system.<br><br>For example, Microsoft has obtained US Patent No. 10,136,124, titled Stereoscopic Display of Object.  The Abstract describes the product as "A computing device generates a stereoscopic display of an object by coordinating a first image and a second image." The Abstract further describes how "the computing device may adjust at least one display property of the first image and/or the second image depending on one or more factors."  Similarly, the Summary of the Invention describes the product as "A computing device causes a stereoscopic display of an object by coordinating a display of a first image and a second image, one to each eye."  Claim 9 states: "**A computing device, comprising: a processor; a memory having computer - executable instructions stored thereupon which, when executed by a computing device,** cause the computing device to display a first image of an object on a display device, wherein the first image is aligned with a first eye of a user; display a second image of the object on the display device, wherein the second image is aligned with a second eye of the user; obtain data indicating a vergence distance associated with the object; adjust a display |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

property of the first image based, at least in part, on the vergence distance, wherein adjusting the display property of the first image obscures the display of the object to the first eye of the user for the purposes of reducing eyestrain." (emphasis added). Microsoft's '124 patent identifies April 27, 2015 as its priority date.

Microsoft, and other third parties, have published information concerning the accused systems, which further confirm that the accused systems operate a computer system.



Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware#:~:text=Microsoft%20HoloLens%20(1st%20gen)%20is,the%20real%20world%20around%20you. (emphasis added).

For example, see the below quotation from Forbes January 14, 2017 the article titled "Microsoft HoloLens Review: Winning the Reality Wars."

"As a **standalone computer** it doesn't need to be connected to a desktop or laptop computer, it is genuinely standalone."

Source: https://www.forbes.com/sites/ewanspence/2017/01/14/microsoft-hololens-review-experience-review/#dfd83c0eabc0 (emphasis added)

For example, see the below quotation from The Verge April 6, 2016, the article titled "Inside Microsoft's HoloLens."

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

"Opening up the HoloLens is a startling reminder that this is a self-contained holographic **computer**."



Image of components inside of the Microsoft head display unit.

Source: https://www.theverge.com/2016/4/6/11376442/microsoft-hololens-holograms-parts-teardown-photos-hands-on (emphasis added)

The HoloLens 1 includes multiple, pre-installed software programs to provide the stereoscopic 3D images.

# Pre-installed software

- Windows 10
- Windows Store
- Holograms
- Microsoft Edge
- Photos
- Settings
- Windows Feedback
- Calibration
- Learn Gestures

Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

### HoloLens 2

The HoloLens 2 is a display unit (DU), which includes a computer. The below image shows partial specifications of the HoloLens 2.

| Compute and connectivity | |
| --- | --- |
| SoC | Qualcomm Snapdragon 850 Compute Platform |
| HPU | Second-generation custom-built holographic processing unit |
| Memory | 4-GB LPDDR4x system DRAM |
| Storage | 64-GB UFS 2.1 |
| WiFi | 802.11ac 2x2 |
| Bluetooth | 5.0 |
| USB | USB Type-C |

Source: https://www.microsoft.com/en-us/hololens/hardware

Further, Microsoft describes the HoloLens 2 as "an untethered holographic computer."



HoloLens 2 hardware
09/17/2019 · 3 minutes to read · 👤👤👤👤 · Applies to: HoloLens 2

Microsoft HoloLens 2 is an untethered holographic computer. It refines the holographic computing journey started by HoloLens (1st gen) to provide a more comfortable and immersive experience paired with more options for collaborating in mixed reality.

Source: https://docs.microsoft.com/en-us/hololens/hololens2-hardware

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | The HoloLens 2 includes multiple, pre-installed software programs to provide three-dimensional images. |
|---|---|
| | **Pre-installed software**<br><br>• Windows Holographic Operating System<br>• Microsoft Edge<br>• Dynamics 365 Remote Assist<br>• Dynamics 365 Guides<br>• 3D Viewer<br>• OneDrive for Business<br>• HoloLens Tips<br>• Cortana<br><br>Source: https://docs.microsoft.com/en-us/hololens/hololens2-hardware<br><br>**IVAS**<br><br>Further, the IVAS is a display unit with an on-body computer. The chart below shows some of the requirements of the IVAS computer system. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| Element | STP 1 | STP 2 | STP 3 | STP 4 |
|---|---|---|---|---|
| HUD Integration | COTS Plus - Modified COTS headset w/ integrated COTS thermal camera | Conformal low profile head mounted design w/ day/night see-through, full color, all conditions, immersive reality display, off-axis GFE thermal and low-light-level sensors | HUD 3.0 w/ conformal day/night see-through, full color, display waveguide optics and improved (2nd run) GFE thermal and low-light-level sensors w/ FOV >50 degrees per eye | HUD 3.0 w/ conformal day/night see-through, full color, display waveguide optics and latest GFE thermal and low-light-level sensors w/ FOV >50 degrees per eye |
| HUD Sub Elements | Metrics for Sub Elements | | | |
| Field of View | Horizontal Field of View: 55 degrees (threshold), 110 degrees (objective) | | | |
| System Level Distortion | <3% with electronic correction | | | |
| Operating Temperature | Commercial Temperature Range | | -20°C to +40°C | -40°C to +60°C |
| Display Visibility | Indoors and limited outdoor day/night uses | | Daylight readable to True Dark | |
| Display Frame Rate | ≥60 Hz | ≥60 Hz (threshold) ≥120 Hz (objective) | | |
| Low Light Detection | Sensor or camera that provides 80% probability of Detection (Pd) of a man sized object at 150 meters with 25% ¼ moon illumination (Threshold) Sensor or camera that provides 90% probability of detection (Pd) of a man size object at 150 meters with 5% (Starlight illumination) (Objective) | | | |
| Thermal Recognition | Provides 80% probability of recognition of personnel (upright and moving), given a detection, out to a range of 300 meters in clear air at all light levels (Threshold) Provides 80% probability of recognition of personnel (upright and moving), given a detection, out to a range of 500 meters in clear air at all light levels (Objective) | | | |
| HUD Weight (headborne) | 1.5 lbs (threshold) 1.0 lbs (objective) Includes all head borne system components | | | |
| Light Security | Provisions for light security (non detectability) | | | |
| System Latency | 33 milliseconds | | | |
| Image Alignment | For multiple image sources, the images must align within 1 pixel when fused. Any imagery provided to the user must be within 1 milliradian of the true position. | | | |
| On-body Computer | Commercial version of on-body computer w/ Nett Warrior (NW) 3.0 | HUD 3.0 Body Pack w/ NW 3.0, ISW | HUD 3.0 Body Pack w/ NW 3.0, ISW | HUD 3.0 Body Pack w/ NW 3.0, ISW |

Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf (emphasis added)

Further, and for example, an excerpt from the IVAS Program Objective is as follows:

"IVAS is comprised of the Heads Up Display 3.0 (HUD 3.0) integrated with the Synthetic Training Environment (STE) Squad capability.  This platform will provide increased lethality, mobility, and situational awareness with the following features: Head Borne Vision System (no helmet mount assembly; low profile, conformal goggle/visor system providing 24/7 squad situational awareness in all operating environments; see thru, wide field of view binocular 3D display."

Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf

6

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | On information and belief, HoloLens 2 is the foundation for IVAS, and as such HoloLens 2's capabilities and functionalities are, and should be considered, representative of IVAS capabilities and functionalities – especially at the pre-discovery stage. |
| a memory; | The accused systems include a memory. For example, the HoloLens 1, HoloLens 2, and IVAS include a memory.  As stated above, the HoloLens 2 is representative of the IVAS – as the HoloLens 2 is the foundation of the IVAS. Reasonable discovery will confirm this interpretation. <br><br> For example, the HoloLens 1 includes the following memory: <br><br> **Memory** <br> • 64 GB Flash <br> • 2 GB RAM <br><br> Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware#:~:text=Microsoft%20HoloLens%20(1st%20gen)%20is,the%20real%20world%20around%20you. <br><br> For example, the HoloLens has 114 MB of Dedicated Video Memory, 980 MB of Shared System Memory, and 2 GB RAM, 64 GB of storage memory. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

### HoloLens Hardware Specifications

| | |
|---|---|
| OS | Windows 10.0.11802.1033 32-bit |
| CPU | Intel Atom x5-Z8100 1.04 GHz Intel Airmont (14nm) 4 Logical Processors 64-bit capable |
| GPU/HPU | HoloLens Graphics |
| GPU Vendor ID | 8086h (Intel) |
| Dedicated Video Memory | 114 MB |
| Shared System Memory | 980 MB |
| RAM | 2GB |
| Storage | 64GB (54.09 GB available) |
| App Memory Usage Limit | 900 MB |
| Battery | 16,500 mWh |
| Camera Photos | 2.4 MP (2048x1152) |
| Camera Video | 1.1 MP (1408x792) |
| Video Speed | 30 FPS |

Source: https://www.windowscentral.com/microsoft-hololens-processor-storage-and-ram

### HoloLens 2/IVAS

The HoloLens 2 is a display unit, which includes a computer and associated memory. The below image shows partial specifications of the HoloLens 2, including 4GB of RAM and 64GB of storage memory. As stated above, the HoloLens 2 is representative of the IVAS – as the HoloLens 2 is the foundation of the IVAS. On information and belief, Microsoft's IVAS technology will possess similar componentry, including memory, to the HoloLens 2.

8

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

<table>
<tr><td></td><td>

**Compute and connectivity**

| | |
|---|---|
| SoC | Qualcomm Snapdragon 850 Compute Platform |
| HPU | Second-generation custom-built holographic processing unit |
| Memory | 4-GB LPDDR4x system DRAM |
| Storage | 64-GB UFS 2.1 |
| WiFi | 802.11ac 2x2 |
| Bluetooth | 5.0 |
| USB | USB Type-C |

Source: https://www.microsoft.com/en-us/hololens/hardware
</td></tr>
<tr><td>

a processor;
</td><td>

The accused systems include a processor.

The HoloLens 1 includes one or more processors.

**Processors**



- Intel 32-bit architecture with TPM 2.0 support
- Custom-built Microsoft Holographic Processing Unit (HPU 1.0)

Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware#:~:text=Microsoft%20HoloLens%20(1st%20gen)%20is,the%20real%20world%20around%20you.

For example, the HoloLens has an Intel Atom x 4-Z8100 1.04 GHz Intel Airmont (14nm) 4 Logical Processors 64-bit capable as well as a HoloLens Graphics GPU/HPU.
</td></tr>
</table>

9

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

### HoloLens Hardware Specifications

| | |
|---|---|
| OS | Windows 10.0.11802.1033 32-bit |
| CPU | Intel Atom x5-Z8100 1.04 GHz Intel Airmont (14nm) 4 Logical Processors 64-bit capable |
| GPU/HPU | HoloLens Graphics |
| GPU Vendor ID | 8086h (Intel) |
| Dedicated Video Memory | 114 MB |
| Shared System Memory | 980 MB |
| RAM | 2GB |
| Storage | 64GB (54.09 GB available) |
| App Memory Usage Limit | 900 MB |
| Battery | 16,500 mWh |
| Camera Photos | 2.4 MP (2048x1152) |
| Camera Video | 1.1 MP (1408x792) |
| Video Speed | 30 FPS |

Source: https://www.windowscentral.com/microsoft-hololens-processor-storage-and-ram

### HoloLens 2

As shown below, for example, HoloLens 2 includes a custom Qualcomm Snapdragon 850 processor.
<https://pureinfotech.com/microsoft-hololens-2-tech-specs/>.

### Compute and connectivity

| | |
|---|---|
| SoC | Qualcomm Snapdragon 850 Compute Platform |
| HPU | Second-generation custom-built holographic processing unit |
| Memory | 4-GB LPDDR4x system DRAM |
| Storage | 64-GB UFS 2.1 |
| WiFi | 802.11ac 2x2 |
| Bluetooth | 5.0 |
| USB | USB Type-C |

Source: https://www.microsoft.com/en-us/hololens/hardware

10

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | **IVAS** |
|---|---|
| | "The vendor shall use a System Integration Testbed (SIT) for integration testing of software and hardware subsystems, as well as, for evaluation of overall system-level performance. The SIT will accept actual IVAS hardware and software. The SIT shall have the capability to test hardware and software through use of simulation, as well as, breadboard equipment integration. The SIT shall include the following: All hardware and software to exercise (by stimulation or simulation) any and all HUD 3.0 sensors, processors, interfaces, networks, power sources, Soldier controls, and displays on simulated missions; test equipment and data analysis capabilities to monitor and evaluate performance and interface to the HUD 3.0 system; and a software development station allowing development, evaluation and debugging software changes. All test equipment used shall meet calibration system requirements per Section 6." <br><br> Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf |
| a communications interface; | The accused systems include a communications interface. For example, the HoloLens 1, HoloLens 2, and IVAS include communications interfaces, which provides numerous capabilities for communication between different functionalities of the device. The HoloLens 1 provides numerous capabilities: <br><br> "The current HoloLens headset leans on a combination of hand gestures to support user interaction." <br><br> Source: https://www.windowscentral.com/eye-tracking-could-be-cards-hololens-2 |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

## Device capabilities

Using the following to understand user actions:

- Gaze tracking
- Gesture input
- Voice support

Using the following to understand the environment:

- Spatial sound

Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware

## Use the HoloLens (1st gen) clicker

09/16/2019 • 3 minutes to read • 🙂 🌐 • Applies to: HoloLens (1st gen)

The clicker was designed specifically for HoloLens (1st gen) and gives you another way to interact with holograms. It comes with HoloLens (1st gen), in a separate box.

Use it in place of hand gestures to select, scroll, move, and resize apps.

Source: https://docs.microsoft.com/en-us/hololens/hololens1-clicker

Additional information regarding the HoloLens communications interface can be found, by way of example, at https://docs.microsoft.com/en-us/hololens/hololens1-basic-usage.

**HoloLens 2**

The HoloLens 2 includes a communications interface , including enhanced hand recognition/gesturing capabilities (https://docs.microsoft.com/en-us/dynamics365/mixed-reality/guides/authoring-gestures-hl2) and eye-tracking capabilities (https://docs.microsoft.com/en-us/windows/mixed-reality/eye-gaze-interaction).

12

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | **Device capabilities**<br><br>**Human understanding**<br><br>Hand tracking — Two-handed fully articulated model, direct manipulation<br>Eye tracking — Real-time tracking<br>Voice — Command and control on-device; Cortana natural language with internet connectivity<br><br>**Environment understanding**<br><br>Six Degrees of Freedom (6DoF) tracking — World-scale positional tracking<br>Spatial mapping — Real-time environment mesh<br>Mixed reality capture — Mixed hologram and physical environment photos and videos<br><br>Source: https://docs.microsoft.com/en-us/hololens/hololens2-hardware<br><br>**IVAS**<br><br>On information and belief, Microsoft's IVAS technology will have a similar communications interface to the HoloLens 2, but more advanced for military operation purposes.<br><br>"The objective of systems engineering under this project is to ensure the vendor successfully produces an IVAS that wirelessly communicates with the FWS-I, FWS-CS, STORM, and provided RTA and AR capability."<br><br>Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf<br><br>"Intra-Soldier Wireless (ISW) Connectivity (multi-point wireless) for on body Soldier devices."<br><br>Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf |
| an interconnection mechanism coupling the memory, the processor and the | The accused systems include an interconnection mechanism coupling the memory, the processor, and the communications interface. A person of ordinary skill in the art would understand that an interconnection mechanism is required in order to send a set of images to the display unit |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| communications interface; and | generated by interactions of the memory, processor, and a communications interface. |
|---|---|
| | For example, the Microsoft HoloLens Display Unit (DU) is shown below and the physical apparatus interconnects key elements including the memory, processor, and communications interface. |
| |  Source: https://haptic.al/hat-is-hololens-mixed-reality-c01198c5bbb?gi=afe21b101d2a |
| |  Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

## HoloLens 2

The HoloLens 2 Display Unit (DU) is shown below and the physical apparatus interconnects key elements including the memory, processor, and communications interface.



Source:
https://haptic.al/hat-is-hololens-mixed-reality-c01198c5bbb?gi=afe21b101d2a

### Sensors

| Head tracking | 4 visible light cameras |
| --- | --- |
| Eye tracking | 2 Infrared (IR) cameras |
| Depth | 1-MP Time-of-Flight depth sensor |
| Inertial measurement unit (IMU) | Accelerometer, gyroscope, magnetometer |
| Camera | 8-MP stills, 1080p30 video |

### Audio and speech

| Microphone array | 5 channels |
| --- | --- |
| Speakers | Built-in spatial sound |

### Compute and connectivity

| System on chip | Qualcomm Snapdragon 850 Compute Platform details |
| --- | --- |
| Holographic processing unit | Second-generation custom-built holographic processing unit |
| Memory | 4-GB LPDDR4x system DRAM |
| Storage | 64-GB UFS 2.1 |
| WiFi | 802.11ac 2x2 |
| Bluetooth | 5.0 |
| USB | USB Type-C |

Source: https://docs.microsoft.com/en-us/hololens/hololens2-hardware

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | **IVAS**<br><br>On information and belief, Microsoft's IVAS technology will have a similar interconnection mechanism to the HoloLens 2, but may be more advanced for military operation purposes.<br><br>"HUD 3.0 Interface/Interoperability with other equipment (e.g. FWS-I, FWS-CS, STORM, Test Maintenance and Diagnostic Equipment (TMDE), Conformal Wearable Battery, Tactical Radios, GPS systems, the Advanced Combat Helmet, the Enhanced Combat Helmet, the Integrated Head Protection System, and the Modular Scalable Vest.)"<br><br>Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf |
| wherein the memory is encoded with an application providing three-dimensional viewing of images by a user, that when performed on the processor, provides a process for processing information, the process causing the computer system to perform the operations of: | On information and belief, the accused systems include a system wherein the memory is encoded with an application providing three-dimensional viewing of images by a user, that when performed on the processor, provides a process for processing information, the process causing the computer system to perform the operations of the succeeding steps.<br><br>The HoloLens 1 and HoloLens 2 each include various pre-installed software (encoded on memory) for three-dimensional viewing of images.<br><br><br><br>Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware (emphasis added around "Holograms" software) |

16

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

For further example, in an article from PC World dated February 22, 2019:

> "HoloLens works its magic by suspending holograms, or what appears to be a **three-dimensional object, virtually in front of you**."
>
> Source: https://www.pcworld.com/article/3341801/microsoft-hololens-what-made-it-great-and-what-a-new-hololens-needs.html (emphasis added)

For example, on the Microsoft Development webpage:

> "**The fastest path to building a mixed reality app in Unity  is with the Mixed Reality Toolkit.**"
>
> Source: https://docs.microsoft.com/en-us/windows/mixed-reality/unity-development-overview?tabs=mrtk,hl2

For example, on Microsoft's "Configure a New Unity project for Windows Mixed Reality" webpage:

> "**Windows Mixed Reality (WMR) is a Microsoft platform introduced as part of the Windows 10 operating system. The WMR platform lets you build applications that render digital content on holographic and VR display devices.**"
>
> Source: https://docs.microsoft.com/en-us/windows/mixed-reality/configure-unity-project

Microsoft provides a number of sample applications that provide three-dimensional viewing of images by a user, that when performed on the processor, provides a process for processing information, the process causing the computer system to perform the succeeding operations.

17

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

For example, as shown in Microsoft's HoloTerrain:



Source: https://www.microsoft.com/en-us/p/holoterrain/9mwkd575dqq3?activetab=pivot:overviewtab

**HoloLens 2**

In addition to the above evidence, the HoloLens 2 includes multiple, pre-installed software programs to view 3D images. On information and belief, the HoloLens 2 is representative of IVAS.

> # Pre-installed software
>
> - **Windows Holographic Operating System**
> - Microsoft Edge
> - Dynamics 365 Remote Assist
> - Dynamics 365 Guides
> - **3D Viewer**
> - OneDrive for Business
> - HoloLens Tips
> - Cortana

Source: https://docs.microsoft.com/en-us/hololens/hololens2-hardware (emphasis added)

18

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | For further example, on the Microsoft HoloLens 2 webpage:<br><br>"[S]ee intricate details on **3D images** more easily and comfortably with industry-leading resolution"<br><br>Source: https://www.microsoft.com/en-us/hololens/hardware (emphasis added)<br><br>For example, see HoloTerrain below.<br><br><br>Source: https://www.microsoft.com/en-us/p/holoterrain/9mwkd575dqq3?activetab=pivot:overviewtab |
| selecting a volume of interest from a collection of image slices; | On information and belief, the accused systems include a system for selecting a volume of interest from a collection of image slices. For example, the HoloLens 1, HoloLens 2, and IVAS embody a system for selecting a volume of interest from a collection of image slices.<br><br>For example, in the medical field a person of ordinary skill in the art would know that a volume of interest can be selected from a collection of image slices – *e.g.*, CT scans and MRI scans acquire images of the human body in the form of slices. *See, e.g.,* Douglas et al. "Augmented reality: Advances in diagnostic imaging," *Multimodal Technologies and Interaction* (2017).<br><br>For example, a Microsoft HoloLens promotional video demonstrates selecting a 3D volume of a heart from a collection of CT slices. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://youtu.be/SKpKlh1-en0?t=58

For example, Microsoft explains transforming CT scans into 3D images on Twitter.



Source: https://twitter.com/hololens/status/880413174238924800?lang=en

Further, and for example, in a Verizon video (https://vimeo.com/363910670), Dr. Osamah Choudhry wearing the Microsoft HoloLens states "But we realized that if we developed the technology that could take two-dimensional patient imaging, whether it be MRI or CAT scan and convert it into three-dimensional holographic renderings of that same patient, we could enable surgeons to dissect around a cancer. We could precisely remove it." (quote obtained at 55 seconds into the video).

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

Further, and for example, Medical Doctors use HoloLens to generate 3D images of a liver.



Surgeons can use Microsoft's HoloLens to visualize and explore the existing 3D model of the actual organ before and during surgery

Source: https://www.zdnet.com/article/microsofts-hololens-these-surgeons-are-using-ar-to-explore-organsmicrosofts-hololens-how-these/

The data that the 3D models use comes from the hospital's various image-generating scanning CT and MR machines. These scanners provide detailed views of the human body, but present these images in the form of two-dimensional picture 'slices'.

When planning surgical procedures, the surgeons have to flip back and forth through a potentially large number of these slices, when using them directly from the scanning machines.

The Intervention Centre has been working on combining data from such 2D slices into a 3D model for more than a decade. Using a method called picture segmentation, the relevant sections are extracted from the scans and used to form a 3D model of, for instance, a liver with a tumor and its surrounding blood vessels.

Microsoft HoloLens, hands-on: What it's like to wear the future

Testing out Microsoft's mixed-reality headset.

Read More

Source: https://www.zdnet.com/article/microsofts-hololens-these-surgeons-are-using-ar-to-explore-organsmicrosofts-hololens-how-these/

In non-medical fields, by way of background, a person of ordinary skill in the art would know a volume of interest can be selected from a collection of radar, sonar or LiDAR slices (*e.g.*, Kim et al, *Forests*, 2016 and Anderson et al, *Landscape and Urban Planning,* 2018, Llorens, *Sensors,* 2011) (hereinafter Anderson article – **Exhibit 9**) as well as by large DoD contractors including Lockheed Martin. For further background, a 2009 article by researchers Gebhardt, Payzer, Salemann, Fettinger, Rotenberg and Seher at Lockheed Martin on High Fidelity Terrain Representations, stated that "Gridded voxel models treat a volumetric data set as a stack of individual voxel "slices" with each voxel slice, or grid, being one voxel deep. Processing and querying of this voxel

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

data model can be performed slice by slice until all slices have been processed. This model introduces some efficiency in processing as only one slice is processed at a time." (hereinafter Lockheed article – **Exhibit 10**)

On information and belief, the HoloLens IVAS selects a synthetic training environment (volume of interest) from a collection of LIDAR data (slices).



Captioned: "Functioning principle of the LIDAR sensor. The laser beams obtain for each crop slice a variable number of identified points according the distance to the sensor and angle from the horizontal."

Source: Jordi Llorens Calveras, *et. al.*, "Ultrasonic and LIDAR Sensors for Electronic Canopy Characterization in Vineyards: Advances to Improve Pesticide Application Methods," *Sensors* 11(2):2177-94, Dec. 2011.

For example, Microsoft provides a number of sample applications that provide three-dimensional viewing of images by a user, that when performed on the processor, provides a process for processing information, the process causing the computer system to perform the selection of a volume of interest from a collection of image slices.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

For example, see HoloTerrain below.



Source: https://www.microsoft.com/en-us/p/holoterrain/9mwkd575dqq3?activetab=pivot:overviewtab



Source: https://www.microsoft.com/en-us/p/holoterrain/9mwkd575dqq3?activetab=pivot:overviewtab

## IVAS

In accordance with the IVAS Program Objectives, by way of background, the volume of interest for the US Army includes the 3D terrain data, which is acquired from airborne LiDAR (Lockheed article – **Exhibit 10**).

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source:
https://www.sisostds.org/DesktopModules/Bring2mind/DMX/API/Entries/Download?Command=Core_Downl
oad&EntryId=28745&PortalId=0&TabId=105

With regard to Microsoft's IVAS testing, one of ordinary skill in the art would know that 3D terrain data is vital to military operations and training, and that airborne LIDAR is used as described in the Anderson (**Exhibit 9**) and Lockheed (**Exhibit 10**) articles.

> "This upgrade allows the drone to download its surveillance data to one of the mini-servers carried by the squad, which then turns 2D imagery of a given area into a 3D model. This isn't just a map. It's actually a small virtual reality that soldiers can call up on their goggles and explore, letting them check out potential chokepoints, lines of fire, and approach routes before they even see the real terrain."
>
> Source: https://breakingdefense.com/2019/12/soldiers-coders-surprise-army-brass-changing-ivas-goggles/

On information and belief, the IVAS program has been testing such terrain mapping software that converts 2D slices to 3D images.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

|  |  |
|---|---|
|  | In one test, the Army used a pocket-sized drone (FLIR's Black Hornet UAV) to conduct terrain mapping exercises. |
|  | "Army modernization officials used the pocket-sized drones, which are part of the Soldier Borne Sensor program, to take video footage of a military operations in urban terrain (MOUT) training complex. Then they viewed the footage in IVAS, Potts said."<br><br>"They flew [the drones] over the MOUT site; [they] downloaded its data; it processed an algorithm; and inside an IVAS suddenly you've got a 3-D holographic image of that entire MOUT site. And now you can do a complete battle drill without building a sand table," Potts recently told Military.com. "You can walk around it. You can look down the streets."<br><br>Source: https://www.military.com/daily-news/2019/12/16/wearable-device-could-replace-sand-tables-soldiers.html |
|  | "The National Geospatial-Intelligence Agency (NGA) has been deploying LIDAR in aircraft to map Afghanistan's entire 647,500 square kilometers. In announcing the ALIRT LIDAR project at the GEOINT 2010 Symposium, Air Force Lt. Gen. John Koziol, director of the Defense Department's Intelligence, Surveillance and Reconnaissance (ISR) Task Force, heralded the technology's "amazing capacities" for coverage down to inch-level fidelity."<br><br>Source: https://gcn.com/articles/2011/07/18/tech-watch-geoint-lidar.aspx |
| arranging said slices corresponding to said volume of interest; | On information and belief, the accused systems include a system for arranging said slices corresponding to said volume of interest.<br><br>One of ordinary skill in the art would understand that "slices" is a commonly accepted terminology for LIDAR-derived voxel datasets: For example, an excerpt from the Anderson article describes it as follows: "A straightforward way to view 3D voxel data is to change the perspective from the map 'top-down' view to a 'side-on' viewpoint, viewing the volume from the ground-up and visualizing the data from the pavements to the tree-tops. Voxels were stacked to create vertical cross sections through each of the cities, allowing the perspective to be changed from an aerial to a frontal view. In order to do this we utilized Python's imaging library (PIL) to extract a single row from every voxel image to create a |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

new 'slice' image, rendering the voxel intensity values as an 8 bit greyscale value (0–255) per pixel." (Anderson article – **Exhibit 9**).

On information and belief, Microsoft's HoloLens technology and IVAS technology use 3D-voxelated data in a manner as described in the Anderson article (**Exhibit 9**). On information and belief, the accused systems arrange slices (*e.g.*, 3D-voxelated data) that correspond to the selected volume of interest, as claimed by the '183 patent.

For example, on Microsoft HoloLens YouTube Channel, Dr. Navin Ramachandran, NHS, Consultant Radiologist, states:

> **"**[S]urgeons, and most people, aren't trained to look at **CT data, which is layer after layer, cuts through the body**, and is very difficult to equate that with the person they're operating on, the 3D model.**"**
>
> Source: https://www.youtube.com/watch?v=XCz0-VmEuW8&feature=youtu.be  at 0:33 (emphasis added)

For example, Microsoft HoloLens arranges the slices corresponding to the volume of interest. The first image below shows Dr. Osamah Choudhry, a neurosurgeon, wearing the HoloLens 1 unit. The second image below shows a volume of interest that is created and displayed superimposed on top of a patient.

 

Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

"[W]e got the idea that if we took two-dimensional patient imaging and put it in holographic displays. We could dissect around the tumor so we could safely remove it."

Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8 at 0:08.

Further, the Microsoft HoloLens enables surgeons to turn 2D medical imagery into 3D renderings.



Surgeons can use Microsoft's HoloLens to visualize and explore the existing 3D model of the actual organ before and during surgery.

Source: https://www.zdnet.com/article/microsofts-hololens-these-surgeons-are-using-ar-to-explore-organsmicrosofts-hololens-how-these/

The data that the 3D models use comes from the hospital's various image-generating scanning CT and MR machines. These scanners provide detailed views of the human body, but present these images in the form of two-dimensional picture 'slices'.

When planning surgical procedures, the surgeons have to flip back and forth through a potentially large number of these slices, when using them directly from the scanning machines.

The Intervention Centre has been working on combining data from such 2D slices into a 3D model for more than a decade. Using a method called picture segmentation, the relevant sections are extracted from the scans and used to form a 3D model of, for instance, a liver with a tumor and its surrounding blood vessels.

**Microsoft HoloLens, hands-on: What it's like to wear the future**

Testing out Microsoft's mixed-reality headset.

Read More

Source: https://www.zdnet.com/article/microsofts-hololens-these-surgeons-are-using-ar-to-explore-organsmicrosofts-hololens-how-these/

Further, and for example, Microsoft HoloLens has partnered with Phillips to generate a volume of interest out of CT slices to perform precision

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

surgery. The below image shows doctors performing surgery with the dual Azurion-HoloLens set up.



Source: https://www.youtube.com/watch?v=loGxO3L7rFE

> "HoloLens 2 allows me to see the real world superimposed with live data and the 3D medical imagery needed to guide our precision therapy."
>
> Source:
> https://www.philips.com/a-w/about/news/archive/blogs/innovation-matters/20190322-observing-the-future-through-an-ar-lens.html

### HoloLens 2/IVAS

On information and belief, the HoloLens 2/IVAS performs viewing of the synthetic training environment (volume of interest) created from a collection of data sets. On further information and belief, Microsoft's IVAS technology will have similar functionalities to the HoloLens 2, and therefore the HoloLens 2 is representative.

For example, Microsoft provides a holographic model of a human in a promotional video for HoloLens 2.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?v=eqFqtAJMtYE&t=3s at 1:00-1:03

In accordance with the IVAS Program Objectives, by way of background, the volume of interest for the US Army is the 3D terrain data, which is acquired from airborne LiDAR (Lockheed article – **Exhibit 10**).



Source:
https://www.sisostds.org/DesktopModules/Bring2mind/DMX/API/Entries/Download?Command=Core_Download&EntryId=28745&PortalId=0&TabId=105

29

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

With regard to Microsoft's IVAS testing, one of ordinary skill in the art would know that 3D terrain data is vital to military operations and training, and that airborne LIDAR is used as described in the Anderson (**Exhibit 9**) and Lockheed (**Exhibit 10**) articles.

On information and belief, the IVAS program has been testing such terrain mapping software that converts 2D images to 3D Images.

> "This upgrade allows the drone to download its surveillance data to one of the mini-servers carried by the squad, which then turns 2D imagery of a given area into a 3D model. This isn't just a map. It's actually a small virtual reality that soldiers can call up on their goggles and explore, letting them check out potential chokepoints, lines of fire, and approach routes before they even see the real terrain."
>
> Source: https://breakingdefense.com/2019/12/soldiers-coders-surprise-army-brass-changing-ivas-goggles/

In one test, the Army used a pocket-sized drone (FLIR's Black Hornet UAV) to conduct terrain mapping exercises.

> "Army modernization officials used the pocket-sized drones, which are part of the Soldier Borne Sensor program, to take video footage of a military operations in urban terrain (MOUT) training complex. Then they viewed the footage in IVAS, Potts said."
>
> "They flew [the drones] over the MOUT site; [they] downloaded its data; it processed an algorithm; and inside an IVAS suddenly you've got a 3-D holographic image of that entire MOUT site. And now you can do a complete battle drill without building a sand table," Potts recently told Military.com. "You can walk around it. You can look down the streets."
>
> Source: https://www.military.com/daily-news/2019/12/16/wearable-device-could-replace-sand-tables-soldiers.html

The Army has placed emphasis on terrain generation, as evidenced below.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

|  |  |
|---|---|
|  | "For areas with insufficient or outdated geo-spatial data, inexpensive terrain capture and reconstruction methods will allow individual units to rapidly collect and update terrain to support their training requirements as needed."<br><br>Source: https://www.youtube.com/watch?v=wjHonqlEKcw |
|  | "However, over the past 5 to 7 years, the introduction of cloud computing, better and cheaper processors and graphics processing units, and new sources of high-resolution terrain data (unmanned systems, airborne and terrestrial LiDAR, small satellites, crowdsourcing, photogrammetry, and commercial industry mapping resources such as Bing or Google Maps) have provided new procedures for terrain generation."<br><br>Source: https://digitalcommons.usmalibrary.org/cgi/viewcontent.cgi?article=1161&context=usma_research_papers |
| selecting an initial viewing angle of said slices; | On information and belief, the accused systems include a system for selecting an initial viewing angle of said slices. For example, on information and belief, the HoloLens 1, HoloLens 2, and IVAS include a system for selecting an initial viewing angle of said slices.<br><br>For example, Microsoft Patent US 10,136,124, in the detailed description of the figures, it states "Turning now to FIGS. 2A-2D, aspects of one illustrative example is shown. FIG. 2A illustrates a top view of an example scenario used to illustrate configurations disclosed herein. In FIG. 2A, a user **201** is positioned relative to a first object **201** and a second object **202** at a first vergence distance, V**1**. As also shown in FIG. 2A, the objects are also located at a focal distance, F**1**. For illustrative purposes, dashed lines illustrate the line of sight from a first eye, e.g., the right eye, of the user **201** to the second object **202**; and the line of sight from a second eye, e.g., the left eye, of the user **201** to the second object **202**." Figure 2A below shows the initial viewing angle. |

31

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



FIG. 2A

For example, from Forbes January 14, 2017 the article titled "Microsoft HoloLens Review: Winning the Reality Wars":

> "Leila Martine, Microsoft's Director of New Device Experiences, introduced me not just to the HoloLens, but to the thinking behind the almost cyberpunk smart glasses.
>
> This lives between two worlds, the physical world and the virtual world. The human world is physical, and the computer world is the virtual. How do you get back information from the virtual world into the real world?  HoloLens.
>
> Running Windows 10 Holographic edition, the essence of HoloLens is that it overlays information so it is 'in the room' with the wearer. As a standalone computer it doesn't need to be connected to a desktop or laptop computer, it is genuinely standalone. The built-in sensors map the environment it is in so there is no need for any external positioning devices. It also maps the user, so it can see where you are looking and register hand gestures that act as the control inputs."
>
> Source: https://www.forbes.com/sites/ewanspence/2017/01/14/microsoft-hololens-review-experience-review/#459b2a31eabc

Further, and for example, Dr. Osamah Choudhry views the slices in a HoloLens 1 display superimposed on the patient's head.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8 at 0:13.

## IVAS

On information and belief, Microsoft's IVAS technology functions in a similar manner to its HoloLens technology. With regard to this specific limitation, and on information and belief, a soldier wearing IVAS will select his/ her viewing angle by the direction he/ she is facing and any turn of the head. Reasonable discovery will confirm this interpretation.

For example, in order to view the volume in 3D, an initial viewing angle must be established. Note that the IVAS program objectives describe, "3D round trajectory path spatially aligned and overlaid in the user's FOV."

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf (emphasis added)

"For multiple image sources, the images must align within 1 pixel when fused. Any imagery provided to the user must be within 1 milliradian of the true position."

Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf

| | |
|---|---|
| selecting a viewpoint for a left eye; | On information and belief, the accused systems include a system for selecting a viewpoint for a left eye. For example, on information and belief, the HoloLens 1, HoloLens 2, and IVAS select a viewpoint for a left eye.

For example, Microsoft Patent US 10,136,124, in the detailed description of the figures, it states "Turning now to FIGS. 2A-2D, aspects of one illustrative example is shown. FIG. 2A illustrates a top view of an example scenario used to illustrate configurations disclosed herein. In FIG. 2A, a user **201** is positioned relative to a first object **201** and a second object **202** at a first vergence distance, V**1**. As also shown in FIG. 2A, the objects are also located at a focal distance, F**1**. For illustrative purposes, dashed lines illustrate the line of sight from a first eye, e.g., the right eye, of the user **201** to the second object **202**; and **the line of sight from a second eye, e.g., the left eye, of the user 201 to the second object 202.**" (emphasis added) |

34

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

Figure 2A below shows the first viewpoint for the left eye.



FIG. 2A

For example, Microsoft provides documents describing their accused products and their related capabilities, applications, and software. On the Microsoft Mixed Reality Development website, in a document entitled "Unity development overview," Microsoft provides suggestions on how to build apps for use in conjunction with the HoloLens.

"If your app is targeting HoloLens specifically, you need to change a few settings to optimize for the device's transparent displays. These settings allow your holographic content to show through to the physical world: 1. In the Hierarchy, select the Main Camera 2. In the Inspector panel, set the transform position to **0, 0, 0** so the location of the user's head starts at the Unity world origin."



Source: https://docs.microsoft.com/en-us/windows/mixed-reality/configure-unity-project (emphasis added)

35

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

On information and belief, the left eye viewpoint is determined by a starting location of the user's head and the desired stereo separation, as shown:



Source: https://docs.microsoft.com/en-us/windows/mixed-reality/configure-unity-project (emphasis added)

Further, and for example, on the RRY Publications website (https://ryortho.com/breaking/medivis-holographic-visualization-technology-cleared-by-fda/), Medivis states: "The device takes pre-acquired 2D medical images and reconstructs 3D models that a clinician can then view on a stereoscopic, holographic display."

**IVAS**

For example, the HoloLens IVAS has separate left and right eye displays. Note the requirement is a "FOV of >50 degrees per eye." IVAS has left lens placed in front of the left eye; thus, there is a left eye viewpoint.

| Element | STP 1 | STP 2 | STP 3 | STP 4 |
|---|---|---|---|---|
| HUD Integration | COTS Plus - Modified COTS headset w/ integrated COTS thermal camera | Conformal low profile head mounted design w/ day/night see-through, full color, all conditions, immersive reality display, off-axis GFE thermal and low-light-level sensors | HUD 3.0 w/ conformal day/night see-through, full color, display waveguide optics and improved (2nd run) GFE thermal and low-light-level sensors w/ FOV >50 degrees per eye | HUD 3.0 w/ conformal day/night see-through, full color, display waveguide optics and latest GFE thermal and low-light-level sensors w/ FOV >50 degrees per eye |
| HUD Sub Elements | Metrics for Sub Elements | | | |
| Field of View | Horizontal Field of View: 55 degrees (threshold), 110 degrees (objective) | | | |
| System Level Distortion | <3% with electronic correction | | | |
| Operating Temperature | Commercial Temperature Range | | -20°C to +40°C | -40°C to +60°C |
| Display Visibility | Indoors and limited outdoor day/night uses | | Daylight readable to True Dark | |
| Display Frame Rate | ≥60 Hz | ≥60 Hz (threshold) ≥120 Hz (objective) | | |
| Low Light Detection | Sensor or camera that provides 80% probability of Detection (Pd) of a man sized object at 150 meters with 25% ¼ moon illumination (Threshold) Sensor or camera that provides 90% probability of detection (Pd) of a man size object at 150 meters with 5% (Starlight illumination) (Objective) | | | |
| Thermal Recognition | Provides 80% probability of recognition of personnel (upright and moving), given a detection, out to a range of 300 meters in clear air at all light levels (Threshold) | | | |

Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf (emphasis added)

36

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| selecting a viewpoint for a right eye; | On information and belief, the accused systems include a system for selecting a viewpoint for a right eye. For example, the HoloLens 1, HoloLens 2, and IVAS include a system for selecting a viewpoint for a right eye.<br><br>For example, Microsoft Patent US 10,136,124, in the detailed description of the figures, it states "Turning now to FIGS. 2A-2D, aspects of one illustrative example is shown. FIG. 2A illustrates a top view of an example scenario used to illustrate configurations disclosed herein. In FIG. 2A, a user **201** is positioned relative to a first object **201** and a second object **202** at a first vergence distance, V**1**. As also shown in FIG. 2A, the objects are also located at a focal distance, F**1**. For illustrative purposes, **dashed lines illustrate the line of sight from a first eye, e.g., the right eye, of the user 201 to the second object 202;** and the line of sight from a second eye, e.g., the left eye, of the user **201** to the second object **202**." (emphasis added).<br><br>Figure 2A below illustrates selecting a viewpoint for the right eye.<br><br><br><br>Note, that both the left eye viewpoint and right eye viewpoint are the approximate locations of the left and right eyes as represented by the placement of the cameras on both sides of the HoloLens.<br><br>For example, Microsoft provides documents describing the accused systems and their related capabilities, applications, and software. One such document, describes Microsoft's mixed reality app "Unity." Within that document, entitled "Unity development overview," Microsoft provides suggestions on how to build apps for use in conjunction with the HoloLens. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

"If your app is targeting HoloLens specifically, you need to change a few settings to optimize for the device's transparent displays. These settings allow your holographic content to show through to the physical world: 1. In the Hierarchy, select the Main Camera 2. In the Inspector panel, set the transform position to **0, 0, 0** so the location of the user's head starts at the Unity world origin."



Source: https://docs.microsoft.com/en-us/windows/mixed-reality/configure-unity-project (emphasis added)

On information and belief, the right eye viewpoint is determined by a starting location of the user's head and the desired stereo separation, as shown:



Source: https://docs.microsoft.com/en-us/windows/mixed-reality/configure-unity-project (emphasis added)

## IVAS

For example, the HoloLens IVAS has separate left and right eye displays. Note the requirement is a "FOV of >50 degrees per eye." IVAS has left lens placed in front of the right eye; thus, there is a right eye viewpoint. The left and right eyes have different viewpoints (although not required by this limitation).

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| Element | STP 1 | STP 2 | STP 3 | STP 4 |
|---|---|---|---|---|
| HUD Integration | COTS Plus - Modified COTS headset w/ integrated COTS thermal camera | Conformal low profile head mounted design w/ day/night see-through, full color, all conditions, immersive reality display, off-axis GFE thermal and low-light-level sensors | HUD 3.0 w/ conformal day/night see-through, full color, display waveguide optics and improved (2ND run) GFE thermal and low-light-level sensors w/ FOV >50 degrees per eye | HUD 3.0 w/ conformal day/night see-through, full color, display waveguide optics and latest GFE thermal and low-light-level sensors w/ FOV >50 degrees per eye |
| HUD Sub Elements | Metrics for Sub Elements | | | |
| Field of View | Horizontal Field of View: 55 degrees (threshold), 110 degrees (objective) | | | |
| System Level Distortion | <3% with electronic correction | | | |
| Operating Temperature | Commercial Temperature Range | | -20°C to +40°C | -40°C to +60°C |
| Display Visibility | Indoors and limited outdoor day/night uses | | Daylight readable to True Dark | |
| Display Frame Rate | ≥60 Hz | ≥60 Hz (threshold) ≥120 Hz (objective) | | |
| Low Light Detection | Sensor or camera that provides 80% probability of Detection (Pd) of a man sized object at 150 meters with 25% ¼ moon illumination (Threshold) Sensor or camera that provides 90% probability of detection (Pd) of a man size object at 150 meters with 5% (Starlight illumination) (Objective) | | | |
| Thermal Recognition | Provides 80% probability of recognition of personnel (upright and moving), given a detection, out to a range of 300 meters in clear air at all light levels (Threshold) | | | |

Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf (emphasis added).

| | |
|---|---|
| displaying, in a display unit (DU), an image for said left eye based on said initial viewing angle, said view point for said left eye and said volume of interest; | On information and belief, Microsoft's accused systems include a system for displaying, in a display unit (DU), an image for displaying, in a display unit (DU), an image for said left eye based on said initial viewing angle, said view point for said left eye and said volume of interest. For example, on information and belief, the HoloLens 1, HoloLens 2, and IVAS embody a system for displaying, in a display unit, a first image for said left eye based on said initial viewing angle, said viewpoint for said left eye and said volume of interest.

For example, Microsoft Patent No. US 8,964,008 claim 1 states, "A computing device comprising: a logic subsystem; and a data-holding subsystem comprising instructions stored thereon that are executable by the logic subsystem to receive viewer location data and viewer orientation data from a location and orientation sensing system comprising one or more motion sensors located on a head-mounted display system in a presentation space and one or more image sensors in the presentation space that are not located on the head-mounted display system; from the viewer location data and the viewer orientation data, locate a viewer in the presentation space, determine a direction in which the viewer is facing in the presentation space, and determine an orientation of the head-mounted display system in the presentation space; **determine a presentation image to send to the head-mounted display system by determining a portion of, and an orientation of, a volumetric image mapped to a portion of the presentation space that is within the** |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | **viewer's field of view based upon the viewer location data and the viewer orientation data, the presentation image corresponding to a first perspective of an object in the volumetric image**; send the presentation image to the head-mounted display system; detect a change in the viewer location data and the viewer orientation data; and determine a different presentation image to send to the head-mounted display system based on the change detected in the viewer location data and the viewer orientation data, the different presentation image corresponding to a second, different perspective of the object in the volumetric image." (emphasis added). |
| | For example, Microsoft Patent US 10,136,124, claim 1 states "a non-transitory memory having computer-executable instructions stored thereupon which, when executed by the processor of the head-mounted display device, cause the head-mounted display device to cause a display of a first image of an object and a second image of the object on the at least one display screen, wherein the **first image is aligned with a first eye of a user**, wherein the second image is aligned with a second eye of the user, wherein at least one image of the first image or the second image includes a second object." (emphasis added). |
| | Further, and for example, in the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass. |
| | "Multi-pass rendering runs **2 complete render passes (one for each eye)."**<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added) |
| | Further, and for example, see the below screenshot which shows an image of a rocket rendered on the right side of the screenshot for a user's left eye. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?v=-606oZKLa_s at 1:02

Thus, on information and belief, the HoloLens displays in Microsoft's DU, a first image for the left eye based on the initial viewing angle, first viewpoint and volume of interest.

**IVAS**

For example, the left eye view of the 3D map is viewed in the HoloLens IVAS DU for the left eye viewpoint and left eye viewing angle. The 3-D Net warrior data will be geo-registered for situational awareness. Note that the 3D New warrior data will be geo-registered for situational awareness.

| Nett Warrior 3.0 Integration | | | | |
|---|---|---|---|---|
| | *Software:* -Display Nett Warrior Data 2-D flat map or virtual screen (T) 3-D georegistered (O) | *Software:* -3-D Nett Warrior data (georegistered) (for Situational Awareness) | *Software:* -3-D Nett Warrior data (georegistered)(for Situational Awareness) | *Software:* -3-D Nett Warrior data (georegistered)(for Situational Awareness) |
| | | -Voice comms & voice to text | -Voice comms & voice to text -Change detection -Target Cueing -Comms automation (for example, set up call groups) | -Voice comms & voice to text -Change detection -Target Cueing -Comms automation (for example, set up call groups) -Automated data throttle for comms denied scenario -Foreign language translation/auto-display |

Source: https://uploadvr.com/wp-content/uploads/2018/11/Army-AR-Objectives.pdf (emphasis added)

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| displaying, in said DU, an image for said right eye based on said initial viewing angle, said view point for said right eye, and said volume of interest and wherein said image for said left eye and said image for said right eye produce a three-dimensional image to said user; | On information and belief. the accused systems include a system for displaying, in said DU, an image for said right eye based on said initial viewing angle, said view point for said right eye, and said volume of interest and wherein said image for said left eye and said image for said right eye produce a three-dimensional image to said user. For example, on information and belief, the HoloLens 1, HoloLens 2, and IVAS perform such claimed step.

For example, Microsoft Patent US 10,136,124, claim 1 states "a non-transitory memory having computer-executable instructions stored thereupon which, when executed by the processor of the head-mounted display device, cause the head-mounted display device to cause a display of a first image of an object and a second image of the object on the at least one display screen, wherein the first image is aligned with a first eye of a user, wherein the **second image is aligned with a second eye of the user**, wherein at least one image of the first image or the second image includes a second object." (emphasis added).

For example, in the first sentence of the detailed description section of Microsoft Patent US 10,136,124 column 2 line 33 states "Concepts and technologies are described herein for providing an improved **stereoscopic display** of objects. A computing device creates a stereoscopic representation of an object by coordinating a display of a first image and a second image." (emphasis added).

Thus, on information and belief, the HoloLens displays in Microsoft's DU, a second image for the right eye based on the initial viewing angle, the view point for the right eye and the volume of interest. Together, the left eye image and right eye image produce a three-dimensional image to the user.

Further, and for example, in the Extended Reality section of the Unity User Manual, Unity's default rendering process for the Microsoft HoloLens is called Multi-pass.

"Multi-pass rendering runs **2 complete render passes (one for each eye)."**

Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added) |

42

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

Further, and for example, the Microsoft HoloLens 1 Display Unit (DU) is shown below and includes a display for the left eye and a display for the right eye.



Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware

Further, and for example, see the below screenshot, which shows an image of a rocket rendered on the left side of the screenshot for a user's right eye, the two rocket images combining to create a holographic three-dimensional image.



Source: https://www.youtube.com/watch?v=-606oZKLa_s at 1:02

### HoloLens 2/IVAS

For example, the Microsoft HoloLens 2 Display Unit is shown below and includes a display for the left eye and a display for the right eye. On information and belief, as stated above, the HoloLens 2 is representative of IVAS.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | <br>Source: https://haptic.al/hat-is-hololens-mixed-reality-c01198c5bbb?gi=afe21b101d2a |
| wherein a convergence point of said image for said left eye and said image for said right eye is shifted to provide a different perspective of the volume of interest to said user; and | On information and belief, the accused systems include a system wherein a convergence point of said image for said left eye and said image for said right eye is shifted to provide a different perspective of the volume of interest to said user. Further, on information and belief, Microsoft's HoloLens 1, HoloLens 2, and IVAS embody a system wherein a convergence point for said image for said left eye and said image for said right eye is shifted to provide a different perspective of the volume of interest to said user.<br><br>For example, Microsoft's Mixed Reality site discusses convergence and, specifically, how where the eyes converge (the convergence point) can be controlled by placing content/3D images at various depths.<br><br>"Convergence and accommodation are unique because they are extra-retinal cues related to how the eyes change to perceive objects at different distances. In natural viewing, convergence and accommodation are linked. When the eyes view something near (e.g. your nose) the eyes cross and accommodate to a near point. When the eyes view something at infinity the eyes become parallel and the eye accommodates to infinity. Users wearing HoloLens will always accommodate to 2.0m to maintain a clear image because the HoloLens displays are fixed at an optical distance approximately 2.0m away from the user. **App developers control where users' eyes converge by placing content and holograms at various depths.**"<br>Source: https://docs.microsoft.com/en-us/windows/mixed-reality/hologram-stability (emphasis added) |

44

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

As discussed on Microsoft's Mixed Reality site and shown in the below graphic, "For maximum comfort, **the optimal zone for hologram placement is between 1.25m and 5m**. In every case, designers should attempt to structure content scenes to encourage users to interact 1m or farther away from the content (e.g. adjust content size and default placement parameters)." (emphasis added).



*Optimal distance for placing holograms from the user*

Source: https://docs.microsoft.com/en-us/windows/mixed-reality/comfort

In the Microsoft HoloLens video below, the narrator (while discussing vergence) talks about movement of a three-dimensional image which impacts the convergence point of a person's eyes, stating "As an object moves closer to you, your eyes slowly converge" and "As the object moves away, your eyes diverge."



U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?v=-606oZKLa_s at 0:45-0:55

Further, and for example, in the Microsoft HoloLens 1 video below, the user looks at an anatomic label of the heart. A line is shown from the HoloLens to the structure labeled as the brachiocephalic artery indicating the angle from the head to the virtual object. A yellow circle is shown on the label, which indicates the structure being examined. This is the convergence point where the center ray from the left eye and the center ray from the right eye intersect.



Source: https://www.youtube.com/watch?v=6Gq2V59K140

For example, Microsoft Patent Application No. US 10,136,124, FIG. 2A illustrates convergence. Object 202 in the volume has moved in position from a distance of V1 (see FIG. 2A) to a distance of V2 (see FIG. 2C). The convergence point is shifted to provide a different perspective of the volume of interest. Fig 2A shows initial convergence 202 at a distance of V1 with associated DU display in Fig 2B. Fig 2C shows the convergence point 202 shifted to distance V2 with associated DU display in Fig 2D.

46

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



FIG. 2A

FIG. 2B

FIG. 2C

FIG. 2D

**HoloLens 2**

For example, in an on-stage demonstration of HoloLens 2, the presenter demonstrates how a three-dimensional image can be moved from far away to close by, thus changing the convergence point of the three-dimensional image. In other words, the volume of interest is viewed from a different perspective in the second screenshot as compared to the first one by shifting, among other things, the convergence point. On information and belief, as stated above, the HoloLens 2 is also representative of IVAS.

47

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?v=uIHPPtPBgHk&t at 1:56-2:01

## IVAS

For example, an article in the Army Times describes IVAS and how it is
being integrated with existing Army programs to bring capabilities of
those programs into IVAS, one of those programs being Nett Warrior.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

"IVAS is drawing on existing and developing Army programs to bring a host of functions and capabilities into one device."

"Nett Warrior links soldiers together and can provide full motion video, even connecting dismounted soldiers to ground vehicles. It also accesses Blue Force Tracker, a location software in use with ground vehicles since at least the early 2000s."
Source: https://www.armytimes.com/news/your-army/2019/04/08/soldiers-marines-try-out-new-device-that-puts-mixed-reality-multiple-functions-into-warfighters-hands/

The Nett Warrior 3D program is specifically designed to enhance situational awareness of the soldier. Therefore, the different elements within the 3D volume can be examined through use of convergence points, just as is done with the HoloLens 1 and 2.  For example, the soldier can select a specific geographic region to be displayed from a larger geographic region. Reasonable discovery will confirm this interpretation. See the below as further evidence in support of this interpretation.

For example, "Nett Warrior (NW) is an integrated dismounted leader Situational Awareness (SA) system used during combat operations. The system provides unparalleled SA to the dismounted leader, allowing for faster and more accurate decision-making in the tactical fight. With advanced navigation, SA and information-sharing capabilities, leaders are able to avoid fratricide and are more effective and lethal in the execution of their combat missions. The NW system is connected through secure, tactical radios, and other transports that share information from one NW to another. Additionally, the NW smart device displays leader locations, tactical imagery and tactical graphics."
Source: https://asc.army.mil/web/portfolio-item/soldier-nw/#

For further example, "The NW program delivers a SA and MC system, which has the ability to graphically display the location of an individual leader's location on a digital geo-referenced map image. Additional Soldier, platform and unit locations are also displayed on the digital user interface"
Source: https://web.archive.org/web/20190127095452/https://www.peosoldier.army.mil/docs/pmswar/Nett-Warrior-Poster-061512.pdf

On information and belief, Nett Warrior resembles a similar user interface as the below screenshot, which enables zooming in and out.

49

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

Zooming on a 2D display corresponds to providing a different perspective view of a volume of interest, such as a building (as shown below). As it relates to IVAS, increasing or decreasing the render distance of a map/volume three-dimensional image (which changes the convergence point) results in the map/volume being enlarged or shrunk, similar to a 2D display. Reasonable discovery will confirm this interpretation.



Soldiers will now be able to view live-streaming full-motion video from unmanned aerial vehicles through an app on approved smartphones. Dismounted troops will get 3-D digital maps and the ability to send precision target coordinates. (Army)

Source: https://www.armytimes.com/news/your-army/2019/10/17/squads-to-tap-into-cellular-networks-and-battle-track-on-tablets-at-network-trials/

For reference, below is a screenshot of a GUI of Nett Warrior, showing what appears to be a map view that is being manipulated by the user.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=6f3KjvK6hxc at 0:36 |
| selecting an alternate viewing angle, said selecting an alternate viewing angle comprising: | On information and belief, the accused systems include a system for selecting an alternate viewing angle, said selecting an alternate viewing angle comprising the succeeding steps. Further, on information and belief, the HoloLens 1, HoloLens 2, and IVAS include a system comprising the succeeding steps.<br><br>In describing their heads-up displays, Microsoft stated:<br><br>"This treatment can be implemented as a set of displays that immediately translate with the user, but do not rotate with the user's head until a threshold of rotation is reached. Once that rotation is achieved, **the HUD may reorient to present the information within the user's field of view**."<br><br>Source: https://docs.microsoft.com/en-us/windows/mixed-reality/comfort  (emphasis added)<br><br>Further, and for example, in a demonstration of HoloLens, a view of a mountainous region is viewed from an initial angle and an alternative angle. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?v=1MIOii_TRLY

### How to resize an object?

ManipulationHandler.cs supports two-handed scale/rotation. This works with various input types such as HoloLens 2's articulated hand input, HoloLens 1's gaze + gesture input, and Windows Mixed Reality immersive headset's motion controller input.

- Learn more about Manipulation Handler in the MRTK documentation

Source: https://docs.microsoft.com/en-us/windows/mixed-reality/mrtk-101

In general, Microsoft HoloLens technology allows users to move, resize, and rotate the three-dimensional image, constantly creating new viewpoints for both the user's left and right eyes.

52

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | **Move, resize, and rotate holograms**<br><br>In mixed reality home you can move, resize, and rotate app windows and 3D objects using your hands, hand ray and voice commands.<br><br>**Moving holograms**<br><br>Move a hologram or app by following these steps:<br><br>1. Grab the hologram by pinching your index finger and thumb on the hologram or face your hand down and then close your fist over it. Grab a 3D hologram anywhere inside its blue bounding box. For an app window, grab its title bar.<br>2. Without letting go, move your hand to position the hologram. When moving an app window this way, the app window automatically turns to face you as it moves, making it easier to use at its new position.<br>3. Release your fingers to place it.<br><br>**Resizing holograms**<br><br><br><br>Grab and use the **resize handles** that appear on the corners of 3D holograms and app windows to resize them.<br><br>For an app window, when resized this way the window content correspondingly increases in size and becomes easier to read.<br><br>If you want to resize an app window so that **more content** appears in the window, use the resize handles located on the sides and bottom edges of the app window.<br><br>**Rotating holograms**<br><br>For 3D holograms, grab and use the rotate handles that appear on the vertical edges of the bounding box.<br><br>For app windows, moving an app window will cause it to automatically rotate and face you.<br><br>You can also grab a 3D hologram or app window with **both hands** (or hand ray) at once and then:<br><br>• Move your hands closer together or further apart to resize the hologram.<br>• Move your hands closer and further away from your body to rotate the hologram.<br><br>Source: https://docs.microsoft.com/en-us/hololens/hololens2-basic-usage |
| reorienting said volume of interest in accordance with said alternate viewing angle; | On information and belief, the accused systems include a system for reorienting said volume of interest in accordance with said alternate viewing angle. On information and belief, the HoloLens 1, HoloLens 2, and IVAS reorient said volume of interest in accordance with said alternate viewing angle.<br><br>For example, Microsoft Patent No. 8,964,008, Microsoft disclosed that the volume of interest is reoriented in accordance with the viewing angle. For example, claim 10 (independent claim) states "determine a |

53

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

presentation image to send to the head-mounted display system by determining a portion of, and an orientation of, the volumetric video image data mapped to a portion of the presentation space that is within the viewer's field of view based upon the viewer tracking image data and the motion data, the presentation image corresponding to a first perspective of an object in the volumetric video image data."

For example, in a video on Microsoft's HoloLens YouTube channel, a medical application is shown that includes reorienting, for example, a heart. The initial image (top) and subsequent image (bottom) show the initial orientation of a volume of interest and subsequent reoriented volume of interest, respectively.



Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58

### HoloLens 2/IVAS

As shown below in a Microsoft HoloLens 2 video, the volume of interest (i.e., heart) is reoriented in accordance with the said alternative viewing angle. Note that a combination of zooming and alternating viewing angles is performed. As stated above, the HoloLens 2 is representative of IVAS.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

 

Source: https://www.youtube.com/watch?v=eqFqtAJMtYE at 0:48

| | |
|---|---|
| displaying, in said DU, an image for said left eye based on said alternate viewing angle, said view point for said left eye and said volume of interest; and | On information and belief, Microsoft's accused systems include a system for displaying, in said DU, an image for said left eye based on said alternate viewing angle, said view point for said left eye and said volume of interest. The HoloLens 1, HoloLens 2, and IVAS displays in Microsoft's DU, an image for the left eye based on the alternate viewing angle, a view point for the left eye, and a volume of interest.<br><br>For example, Microsoft Patent US 10,136,124, in the detailed description of the figures, it states "Turning now to FIGS. 2A-2D, aspects of one illustrative example is shown. FIG. 2A illustrates a top view of an example scenario used to illustrate configurations disclosed herein. In FIG. 2A, a user **201** is positioned relative to a first object **201** and a second object **202** at a first vergence distance, V**1**. As also shown in FIG. 2A, the objects are also located at a focal distance, F**1**. For illustrative purposes, dashed lines illustrate the line of sight from a first eye, e.g., the right eye, of the user **201** to the second object **202**; and **the line of sight from a second eye, e.g., the left eye, of the user 201 to the second object 202**." (emphasis added). Figure 2C shows an alternate viewing angle (compare with Figure 2A).<br><br> |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

For example, Microsoft Patent US 10,136,124, in Claim 1 the term "display property" is used. The display property changes with "vergence distance" which, in turn, provides an alternate viewing angle, Compare Figure 2A above with Figure 2C below and note the alternate viewing angle.

For example, Microsoft Patent No. 8,964,008 claim 10 (independent claim) states "determine a presentation image to send to the head-mounted display system by determining a portion of, and an orientation of, the volumetric video image data mapped to a portion of the presentation space that is within the viewer's field of view based upon the viewer tracking image data and the motion data, the presentation image corresponding to a first perspective of an object in the volumetric video image data".

For example, in the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.

"Multi-pass rendering runs **2 complete render passes (one for each eye)."**

Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added)

For further example, in a Verizon video about using the HoloLens to change how the world visualizes cancer, Radiologist Dr. Christopher Morley states "we saw an opportunity to fundamentally change how we visualize cancer by turning 2D MRI images into 3d holographic renderings." Within this same video, Neurosurgeon Dr. Choudry views the volume of interest from an alternate viewing angle. Additionally, note that two different filtering levels are shown. First, showing the lower spine. Second, showing a larger portion of the spine.

56

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8

| | |
|---|---|
| displaying, in said DU, an image for said right eye based on said alternate viewing angle, said view point for said right eye, and said volume of interest and wherein said image for said left eye and said image for said right eye produce an alternate three-dimensional image to said user. | On information and belief, Microsoft's accused systems include the system for displaying, in said DU, an image for said right eye based on said alternate viewing angle, said view point for said right eye, and said volume of interest and wherein said image for said left eye and said image for said right eye produce an alternate three-dimensional image to said user. The HoloLens 1, HoloLens 2, and IVAS displays in Microsoft's DU, an image for the right eye based on the alternate viewing angle, a viewpoint for the right eye, and a volume of interest. Together, the left eye image and right eye image produce a three-dimensional image to the user.

For example, Microsoft Patent US 10,136,124, in Claim 1 the term "display property" is used. The display property changes with "vergence |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | distance" which, in turn, provides an alternate viewing angle, Compare Figure 2A with Figure 2C and note the alternate viewing angle.<br><br><br><br>For example, Microsoft Patent US 10,136,124 states in the first sentence of the detailed description "Concepts and technologies are described herein for providing an improved stereoscopic display of objects."<br><br>For example, in the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.<br><br>> "Multi-pass rendering runs **2 complete render passes (one for each eye)."**<br>><br>> Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added)<br><br>Additionally, the Microsoft HoloLens site states that the HoloLens allows the user to "see intricate details on 3D images more easily and comfortably with industry-leading solutions." *See* < https://www.microsoft.com/en-us/hololens/hardware>. |
| | |
| **Claim 14.** The computer system of claim 13 further comprising selecting items of said image to be filtered, said selecting items of said | On information and belief, the accused systems include the system of claim 13 further comprising selecting items of said image to be filtered, said selecting items of said image to be filtered comprising the subsequent steps. Further, on information and belief, Microsoft's HoloLens 1, HoloLens 2, and IVAS remove superficial items in the volume so deeper items can be better seen. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| image to be filtered comprising: | For example, Microsoft Patent US 10,136,124, claim 5 states "The head-mounted display device of claim 1, wherein determining the display property includes an adjustment of a first display contrast property the first image and a second display property of the second image.". |
| --- | --- |
| | On information and belief, a person of ordinary skill in the art would find that adjusting contrast property is analogous to filtering. In the '183 patent specification, filtering was thoroughly discussed, and multiple terms were used (*e.g.*, "subtract" column 10, line 52, "eliminate" column 15, line 5, etc.). |
| | For example, in Microsoft Patent US 10,136,124, in the detailed description section column 6 line 46, it states "In configurations where fading of one or more representations occurs, the fading may be applied with a gradual application of the effect. The speed in which the fading is applied may make the application of the effect minimally noticeable to the user." |
| | On information and belief, a person of ordinary skill in the art would find that fading is analogous to filtering. In the '183 patent specification, this iterative process was described in column 1 lines 1-4, which recites "After viewing the volume of interest with the tissue selected having been removed, the user could select additional tissues for removal (or to be re-added) and iterate this process multiple times." |
| | For example, Microsoft Patent US10,136,124, claim 3 states "3. The head-mounted display device of claim 1, wherein a prominence associated with the display property is based on, at least in part, a time associated with the display of the first image or the second image." |
| | For example, and by way of background, the Anderson Article uses LiDAR reflectivity to discriminate vegetation from non-vegetation with a Normalized Difference Vegetation Index (NDVI) of cut off value of 0.2. |
| | " Firstly, some of the data, filtered through Mineways into Minecraft .objs, contained 'flyaway' voxels, i.e. blocks of vegetation not fixed to the main sample.<br><br>Source: Anderson article – **Exhibit E** |

59

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | Additionally, and by way of background, an article from GCN discusses performing feature extraction, which is analogous to filtering.<br><br>"Some research focuses on using LIDAR to perform fully automated feature extractions, 3-D urban modeling and vertical obstruction analysis, the scientist said. LIDAR might eventually perform semi-automated feature extraction and display — for example, for vegetation, buildings and roads."<br><br>Source: https://gcn.com/articles/2011/07/18/tech-watch-geoint-lidar.aspx |
| selecting items of said image to be subtracted from said image to produce a filtered image; | On information and belief, the accused systems include a system for selecting items of said image to be subtracted from said image to produce a filtered image. For example, and on information and belief, the HoloLens 1, HoloLens 2, and IVAS include a system for selecting items of said image to be subtracted from said image to produce a filtered image.<br><br>For example, Figure 1C and 1D from Microsoft Patent US 9,116,666, illustrates a user's hands forming a closed loop to perform filtering.<br><br> <br><br>For example, Microsoft Patent US 9,116,666 column 3 line 39-46 states "FIG. 1C shows another example in which the selected region 73 is presented in an "X-ray" mode that allows the **user to see through an otherwise opaque portion of the virtual image**. In this example, the virtual image 119 of the house is presented in the HMD as an opaque image in the normal mode. However, when the user places their hands 75 in what is referred to herein as a "region select symbol the user is able to see inside of the image 119 of the house."" (emphasis added).<br><br>For example, Microsoft Patent US 10,136,124, in the detailed description section column 6 line 46, it states "In configurations where fading of one or more representations occurs, the fading may be applied with a gradual |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

application of the effect. The speed in which the fading is applied may make the application of the effect minimally noticeable to the user. In addition, the fading may be directly associated with the vergence distance, **e.g., a representation becomes more obscured as the vergence distance is reduced**. Other examples may apply an effect based on a function of the vergence distance and time a representation is displayed. In such an example, a vergence distance may rapidly decrease, but an effect may not be applied until after a predetermined period of time after the vergence distance has changed." (emphasis added)

On information and belief, a person of ordinary skill in the art would find that fading is analogous to filtering. In the '183 patent specification, this iterative process was described in column 11 lines 1-4, which recites "After viewing the volume of interest with the tissue selected having been removed, the user could select additional tissues for removal (or to be re-added) and iterate this process multiple times."

> "[The] "user can **select a region by forming a closed loop with hand and the selected region rendered for zooming, filtering etc**."
>
> Source: https://www.ipwatchdog.com/2018/02/20/hololens-holographic-technology/id=93660/
> (emphasis added)

As shown, for example, below, Neurosurgeon Dr. Osamah Choudry, a user of the HoloLens 1, views a first image showing the skull and a second filtered image where the skull has been subtracted.

 

Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8

Furthermore, HoloLens has partnered with Phillips to generate a volume of interest out of CT slices to perform precision surgery. The below

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

image shows doctors performing surgery with the dual Azurion-HoloLens set up. Note, that the virtual object that is shown are blood vessels and that the remainder of the tissues of the patient's abdomen have been subtracted so that the blood vessels can be clearly seen, unobscured by the overlying tissues.



Source: https://www.youtube.com/watch?v=loGxO3L7rFE

"HoloLens 2 allows me to see the real world superimposed with live data and the 3D medical imagery needed to guide our precision therapy."

Source:
https://www.philips.com/a-w/about/news/archive/blogs/innovation-matters/20190322-observing-the-future-through-an-ar-lens.html

As further example, and by way of background, an article from GCN shows that feature extraction is analogous to filtering.

"Some research focuses on using LIDAR to perform fully automated feature extractions, 3-D urban modeling and vertical obstruction analysis, the scientist said. LIDAR might eventually perform semi-automated feature extraction and display — for example, for vegetation, buildings and roads."

Source: https://gcn.com/articles/2011/07/18/tech-watch-geoint-lidar.aspx

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | As further example, a Microsoft HoloLens 2 promotional video shows filtering (subtracting the skin surface) so that the doctor can see into the body.<br><br><br><br>Source: https://www.youtube.com/watch?v=eqFqtAJMtYE&t=3s at 1:00-1:03<br><br>On information and belief, the HoloLens 2 is representative of IVAS's functionalities. |
| displaying, in said DU, a filtered image for said left eye based on said initial viewing angle, said view point for said left eye and said volume of interest; and | The accused systems include a system for displaying, in said DU, a filtered image for said left eye based on said initial viewing angle, said view point for said left eye and said volume of interest. The HoloLens 1, HoloLens 2, and IVAS displays in Microsoft's DU a first image for the left eye on the initial viewing angle, the viewpoint for the left eye, and a volume of interest.<br><br>As evidenced below, the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | "Multi-pass rendering runs **2 complete render passes (one for each eye)**."<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added) |
| | In a Verizon video about using the HoloLens to change how the world visualizes cancer, Radiologist Dr. Christopher Morley states "we saw an opportunity to fundamentally change how we visualize cancer by turning 2D MRI images into 3d holographic renderings." Within this same video, Neurosurgeon Dr. Choudry is wearing the HoloLens 1 to view filtered medical images.<br><br><br><br>Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8 at 0:13-0:15. |
| displaying, in said DU, a filtered image for said right eye based on said initial viewing angle, said view point for said right eye, and said volume of interest and wherein said filtered image for said left eye and said filtered image for said right eye produce a | The accused systems include a system for displaying, in said DU, a filtered image for said right eye based on said initial viewing angle, said view point for said right eye, and said volume of interest and wherein said filtered image for said left eye and said filtered image for said right eye produce a filtered three-dimensional image to said user.<br><br>On information and belief, the HoloLens 1, HoloLens 2, and IVAS displays in Microsoft's DU, a first image for the right eye based on the initial viewing angle, the viewpoint for the right eye, and a volume of interest. Together, the left eye image and right eye image produce a three-dimensional image to the user. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| filtered three-dimensional image to said user. | As evidenced below, in the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.<br><br>"Multi-pass rendering runs **2 complete render passes (one for each eye)."**<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added)<br><br>In a Verizon video about using the HoloLens to change how the world visualizes cancer, Radiologist Dr. Christopher Morley states "we saw an opportunity to fundamentally change how we visualize cancer  by turning 2D MRI images into 3d holographic renderings." Within this same video, Neurosurgeon Dr. Choudry is wearing the HoloLens 1 to view filtered medical images.<br><br><br><br>Source: https://www.youtube.com/watch?time_continue=13&v=hxo9D69KRu8 at 0:13-0:15.<br><br>For example, the Microsoft HoloLens 1 Display Unit (DU) is shown below and contains a display for the left eye and a display for the right eye, which provides the three-dimensional image to the user. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://docs.microsoft.com/en-us/hololens/hololens1-hardware

**HoloLens 2/IVAS**

The Microsoft HoloLens 2 Display Unit (DU) is shown below and includes a display for the left eye and a display for the right eye, which provides the three-dimensional image to the user. On information and belief, Microsoft's IVAS design closely resembles the HoloLens 2.



Source: https://haptic.al/hat-is-hololens-mixed-reality-c01198c5bbb?gi=afe21b101d2a

| Claim 15. The computer system of claim 13 further comprising selecting items of said image to be colored, said selecting items of said image to be colored comprising: | On information and belief, the accused systems include the computer system of claim 13 further comprising selecting items of said image to be colored, said selecting items of said image to be colored comprises the succeeding steps. On information and belief, the HoloLens 1, HoloLens 2, and IVAS further comprise selecting items of said image to be colored, said selecting items of said image to be colored comprising the succeeding steps.

For example, Microsoft Patent US 10,136,124, claims 6 is as follows: "The method of claim 1, wherein adjusting the display property of the first image comprises adjusting a contrast property of the first image of the object." A person of ordinary skill in the art would recognize that |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

|  |  |
|---|---|
|  | adjusting the contract property can help the user distinguish elements of an image (https://radiopaedia.org/articles/contrast-resolution?lang=us).<br><br>Further, CT scan data consists of multiple pixels (typically 32-bit data) on each slice, as shown in gray scale on the monitor. Note that the data from the CT scan varies based on the property of the tissue scanned. The Microsoft HoloLens adjusts the contrast properties of the CT scans and presents in color, thus performing coloring of items in the image, as shown as the object in front of the medical student.<br><br><br>Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58 at 1:06. |
| sorting voxels of said items by a property of said voxel; | On information and belief, the accused systems include the computer system of claim 13 further sorting voxels of said items by a property of said voxel. On information and belief, the HoloLens 1, HoloLens 2, and IVAS include such step.<br><br>For example, Microsoft HoloLens performs sorting of voxels by voxel property (described above) and applies colors to groups of sorted voxels, so that the heart muscle becomes pink and the blood vessels become beige color. See the image below. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58 at 1:06.

The Microsoft HoloLens processes the grayscale CT scan based on Hounsfield level by voxel property data unit. The heart muscle is shown as mid-gray on the 2D monitor and pink on the HoloLens. This transformation is performed by image segmentation (e.g., Sharma et al., "Automated medical image segmentation techniques". Journal of Medical Physics, 2010). An excerpt from Sharma's article, by way of background, states, " Segmentation is the process dividing an image into regions with similar properties such as gray level...The role of segmentation is to subdivide the objects in an image". Microsoft HoloLens applies false color (pink) to the segmented heart muscle.

For example, and by way of background, the Anderson article illustrates LiDAR data and thresholds for sorting of voxels by a property of a voxel.

**Table 1**
Classification scheme used in Minecraft for codifying voxels according to their likely land cover.

| Category | Minecraft Material | Height threshold | Vegetation threshold |
| --- | --- | --- | --- |
| Trees | Leaves | height > 8 m | NDVI ≥ 0.2 |
| Shrub | Green Wool | 3 m ≤ height ≤ 8 m | NDVI ≥ 0.2 |
| Grass | Grass | height < 3 m | NDVI ≥ 0.2 |
| Building | Brick Block | height ≥ 3 m | NDVI < 0.2 |
| Road | Bedrock | height < 3 m | NDVI < 0.2 |

Source: Anderson article – **Exhibit 9**

In one test, the Army used a pocket-sized drone (FLIR's Black Hornet

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | UAV) to conduct terrain mapping exercises. |
|---|---|
| | "Army modernization officials used the pocket-sized drones, which are part of the Soldier Borne Sensor program, to take video footage of a military operations in urban terrain (MOUT) training complex. Then they viewed the footage in IVAS, Potts said." <br><br> "They flew [the drones] over the MOUT site; [they] downloaded its data; it processed an algorithm; and inside an IVAS suddenly you've got a 3-D holographic image of that entire MOUT site. And now you can do a complete battle drill without building a sand table," Potts recently told Military.com. "You can walk around it. You can look down the streets." <br><br> Source: https://www.military.com/daily-news/2019/12/16/wearable-device-could-replace-sand-tables-soldiers.html |
| applying colors to groups of sorted voxels to obtain a colored image; | On information and belief, the accused systems include the computer system of claim 13 further applying colors to groups of sorted voxels to obtain a colored image. On information and belief, the HoloLens 1, HoloLens 2, and IVAS include such step. <br><br> For example, the Microsoft HoloLens has applied colors to groups of sorted voxels. As illustrated, the heart muscle is shown as pink and the blood vessels are shown as light beige. See image below. <br><br>  <br><br> Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58 at1:06. |
| displaying, in said DU, a colored image for said left eye based on | On information and belief, the accused systems include the computer system of claim 13 further displaying, in said DU, a colored image for said left eye based on said initial viewing angle, said view point for said |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| said initial viewing angle, said view point for said left eye and said volume of interest; and | left eye and said volume of interest. The HoloLens 1, HoloLens 2, and IVAS displays in Microsoft's display unit, an image for the left eye based on the initial viewing angle, the viewpoint for the left eye and the volume of interest.<br><br>In the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.<br><br><div>"Multi-pass rendering runs **2 complete render passes (one for each eye).**"<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added)</div><br>As previously described, the below screenshot is a partial representation of how Microsoft creates a three-dimensional image in a user's eyes (*e.g.*, left eye). A person of ordinary skill in the art would understand that this concept applies to all three-dimensional images, including colored ones provided, for example, in Microsoft's HoloStudio.<br><br><br>Source: https://www.youtube.com/watch?v=-606oZKLa_s at 1:02 |
| displaying, in said DU, a colored image for said right eye based on said initial viewing angle, said view point for said right eye, and said volume of interest and wherein said | On information and belief, the accused systems include the computer system of claim 13 further displaying, in said DU, a colored image for said right eye based on said initial viewing angle, said view point for said right eye, and said volume of interest and wherein said colored image for said left eye and said colored image for said right eye produce a colored three-dimensional image to said user. Thus, the HoloLens 1, HoloLens 2, and IVAS displays in their DU, a second image for the right eye based on the initial viewing angle, second viewpoint and volume of interest. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| colored image for said left eye and said colored image for said right eye produce a colored three-dimensional image to said user. | Together, the left eye image and right eye image produce a three-dimensional image to the user.<br><br>In the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.<br><br>"Multi-pass rendering runs *2 complete render passes (one for each eye)*."<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html<br><br>As previously described, the below screenshot is a partial representation of how Microsoft creates a three-dimensional image in a user's eyes (*e.g.*, left eye). A person of ordinary skill in the art would understand that this concept applies to all three-dimensional images, including colored ones provided, for example, in Microsoft's HoloStudio.<br><br><br><br>Source: https://www.youtube.com/watch?v=-606oZKLa_s at 1:02 |
| | |
| **Claim 16.** The computer system of claim 13 further comprising zooming in on a portion of said image, said zooming in on a portion of said image comprising: | On information and belief, the accused systems include the computer system of claim 13 further comprising zooming in on a portion of said image, said zooming in on a portion of said image comprising succeeding steps. On information and belief, the HoloLens 1, HoloLens 2, and IVAS include such steps.<br><br>For example, Microsoft Patent 9,116,666 "FIG. 1B shows one example in which the selected region 73 is magnified (or Zoomed in)." |

71

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: Microsoft US Patent 9,116,666

As shown below, a user of Microsoft HoloLens demonstrates the zoom function on a terrain dataset of a mountainous region, San Francisco and Capetown. The image on the left is the initial image and the image on the right is the zoomed image.


Source: https://www.youtube.com/watch?v=1MIOii_TRLY

For example, a video on the Microsoft HoloLens YouTube channel shows the medical student zooming on the heart with alternate viewing angles. The first image shows a medical student viewing the initial position of a heart. The second image shows the student zooming in and seeing an alternate viewing angle.



U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

|  |  |
|---|---|
|  |  Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58 at 0:57. |
| selecting a new viewpoint for a left eye; | On information and belief, Microsoft's accused systems include the computer system of claim 13 further selecting a new viewpoint for a left eye. On information and belief, the HoloLens 1, HoloLens 2, and IVAS include such a step.<br><br>As shown below, a video on the Microsoft HoloLens YouTube channel shows the medical student zooming on the heart to achieve closer inspection. The first image shows a medical student viewing the initial position of a heart. The second image shows the student zooming in and seeing an alternate viewing position.<br><br>Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58 at 0:57. |

73

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://docs.microsoft.com/en-us/windows/mixed-reality/mrtk-101

In general, Microsoft HoloLens technology allows users to move, resize, and rotate three-dimensional images, constantly creating new viewpoints for both the user's left and right eyes.

74

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | **Move, resize, and rotate holograms**<br><br>In mixed reality home you can move, resize, and rotate app windows and 3D objects using your hands, hand ray and voice commands.<br><br>**Moving holograms**<br><br>Move a hologram or app by following these steps:<br><br>1. Grab the hologram by pinching your index finger and thumb on the hologram or face your hand down and then close your fist over it. Grab a 3D hologram anywhere inside its blue bounding box. For an app window, grab its title bar.<br>2. Without letting go, move your hand to position the hologram. When moving an app window this way, the app window automatically turns to face you as it moves, making it easier to use at its new position.<br>3. Release your fingers to place it.<br><br>**Resizing holograms**<br><br><br><br>Grab and use the **resize handles** that appear on the corners of 3D holograms and app windows to resize them.<br><br>For an app window, when resized this way the window content correspondingly increases in size and becomes easier to read.<br><br>If you want to resize an app window so that **more content** appears in the window, use the resize handles located on the sides and bottom edges of the app window.<br><br>**Rotating holograms**<br><br>For 3D holograms, grab and use the rotate handles that appear on the vertical edges of the bounding box.<br><br>For app windows, moving an app window will cause it to automatically rotate and face you.<br><br>You can also grab a 3D hologram or app window with **both hands** (or hand ray) at once and then:<br><br>• Move your hands closer together or further apart to resize the hologram.<br>• Move your hands closer and further away from your body to rotate the hologram.<br><br>Source: https://docs.microsoft.com/en-us/hololens/hololens2-basic-usage |
| selecting a new viewpoint for a right eye; | On information and belief, the accused systems include the computer system of claim 13 further selecting a new viewpoint for a right eye. On information and belief, the HoloLens 1, HoloLens 2, and IVAS include such step.<br><br>As evidenced below, a video on the Microsoft HoloLens YouTube channel shows the medical student zooming on the heart to achieve closer inspection. The first image shows a medical student viewing the initial |

75

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

position of a heart. The second image shows the student zooming in and seeing an alternate viewing position.





Source: https://www.youtube.com/watch?v=SKpKlh1-en0&feature=youtu.be&t=58 at 0:57.



Source: https://docs.microsoft.com/en-us/windows/mixed-reality/mrtk-101

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| | In general, Microsoft HoloLens technology allows users to move, resize, and rotate three-dimensional images, constantly creating new viewpoints for both the user's left and right eyes, as evidenced below.  Source: https://docs.microsoft.com/en-us/hololens/hololens2-basic-usage |
| displaying, in said DU, an image for said left eye based on said initial viewing angle, said new view point | On information and belief, the accused systems include the computer system of claim 13 further displaying, in said DU, an image for said left eye based on said initial viewing angle, said new view point for said left eye and said volume of interest. The HoloLens 1, HoloLens 2, and IVAS displays in Microsoft display unit, a first image for the left eye based on |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| for said left eye and said volume of interest; and | the initial viewing angle, the new view point for the left eye and the volume of interest.<br><br>For example, in the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.<br><br>"Multi-pass rendering runs **2 complete render passes (one for each eye)."**<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added) |
| displaying, in said DU, an image for said right eye based on said initial viewing angle, said new view point for said right eye, and said volume of interest and wherein said image for said left eye and said image for said right eye produce a three-dimensional image to said user. | On information and belief, the accused systems include the computer system of claim 13 further displaying, in said DU, an image for said right eye based on said initial viewing angle, said new view point for said right eye, and said volume of interest and wherein said image for said left eye and said image for said right eye produce a three-dimensional image to said user. The HoloLens 1, HoloLens 2, and IVAS displays in their display unit, an image for the right eye based on the initial viewing angle, the new view point for the right eye and volume of interest. Together, the left eye image and right eye image produce a three-dimensional image to the user.<br><br>For example, the Extended Reality section of the Unity User Manual, Unity's default rendering process is for the Microsoft HoloLens is called Multi-pass.<br><br>"Multi-pass rendering runs **2 complete render passes (one for each eye)."**<br><br>Source: https://docs.unity3d.com/Manual/SinglePassStereoRenderingHoloLens.html (emphasis added)<br><br>For further example, the Microsoft HoloLens Display Unit (DU) is has a left eye display and a right eye display. |

78

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://haptic.al/hat-is-hololens-mixed-reality-c01198c5bbb?gi=afe21b101d2a

For even further example, the Microsoft HoloLens 2 Display Unit (DU) is shown below and includes a display for the left eye and a display for the right eye. On information and belief, as stated above, the HoloLens 2 is representative of IVAS.



Source: https://haptic.al/hat-is-hololens-mixed-reality-c01198c5bbb?gi=afe21b101d2a

| | |
|---|---|
| **Claim 17.** The computer system of claim 13 wherein said DU is selected from the group consisting of a display unit incorporating polarized lenses, a display unit wherein multiplexed images are viewed via shuttered lenses, virtual reality displays having a display with unique left and | On information and belief, the accused systems include the computer system of claim 13 wherein said DU is selected from the group consisting of a display unit incorporating polarized lenses, a display unit wherein multiplexed images are viewed via shuttered lenses, virtual reality displays having a display unit with unique left and right eye pixel displays, and other types of three-dimensional (3D) displays.<br><br>For example, and on information and belief at least "other types of three-dimensional (3D) displays" are met by HoloLens 1, HoloLens 2, and IVAS. Furthermore, and on information and belief, at least HoloLens 2 and IVAS include "a display unit incorporating polarized lenses".<br><br>For example, Microsoft's US Patent No. 10,086,686, claim 1 states that "one or more Bragg polarization gratings (BPGs) provided on a portion |

79

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

| | |
|---|---|
| right eye pixel displays, and other types of three-dimensional (3D) displays. | of the optical element, the one or more BPGs configured to receive polarized light from one or more display engines via a polarizer, wherein the polarized light comprises a first portion of light having a **first polarization** and a second portion of light having a second polarization." (emphasis added). The image below illustrates the optical assembly. Note, that the lens is comprised of two circular polarization filters (170 and 171) of opposite orientation. Thus, "polarized lenses" is met.<br><br><br><br>For example, in a YouTube video titled "How the HoloLens 2 Works, Explained by Microsoft's Alex Kipman," Kipman explained that the HoloLens has MEMS laser displays, one for each eye (right and left) – "so there's two of these in a HoloLens. So, three lasers. One red, one green, one blue." The fast scanning mirror spreads the photons from the lasers horizontally, and then the photons bounce to the slow scanning mirror that spreads the photons vertically  See images below. |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

Rendition of MEMS Laser Display:



Source: https://www.youtube.com/watch?v=S0fEh4UdtT8 at 12:10.

Actual MEMS Laser Display:

Source: https://www.youtube.com/watch?v=S0fEh4UdtT8 at 14:29.

HoloLens 1, HoloLens 2, and IVAS all are 3D displays, as shown below. For example, a screenshot from Microsoft's HoloLens webpage shows an individual interacting with a 3D image of a chair and is thus a type of 3D display.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.microsoft.com/en-us/hololens

Also, for example, from Forbes Jan 14, 2017 the article titled "Microsoft HoloLens Review: Winning the Reality Wars": "As a standalone computer it doesn't need to be connected to a desktop or laptop computer, it is genuinely standalone."

https://www.forbes.com/sites/ewanspence/2017/01/14/microsoft-hololens-review-experience-review/#459b2a31eabc

As another example, from The Verge April 6, 2016, the article titled "Inside Microsoft's HoloLens": "Opening up the HoloLens is a startling reminder that this is a self-contained holographic computer". See the image below which shows the components inside of the Microsoft HoloLens display unit.

82

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.theverge.com/2016/4/6/11376442/microsoft-hololens-holograms-parts-teardown-photos-hands-on

### HoloLens 2/IVAS

For example, from the Feb 24, 2019 article "HoloLens 2: Inside Microsoft's new headset", see the below images which show the Microsoft HoloLens 2 display unit and some of the components inside. On information and belief, as stated above, the HoloLens 2 is representative of IVAS.

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive



Source: https://www.theverge.com/2019/2/24/18235460/microsoft-hololens-2-price-specs-mixed-reality-ar-vr-business-work-features-mwc-2019

| **Claim 18.** The computer system of claim 13 wherein said convergence point comprises a point where a center theta-alpha ray from said viewpoint of said left eye and a center theta-alpha ray from said viewpoint of said right eye intersect. | On information and belief, the accused systems include the computer system of claim 13 wherein said convergence point comprises a point where a center theta-alpha ray from said viewpoint of said left eye and a center theta-alpha ray from said viewpoint of said right eye intersect. On information and belief, the HoloLens 1, HoloLens 2, and IVAS include a convergence point that comprises a point where a center theta-alpha ray from said viewpoint of said left eye and a center theta-alpha ray from said viewpoint of said right eye intersect.<br><br>As shown, for example, in the Microsoft HoloLens 1 video below, the user looks at an anatomic label of the heart. A line is shown from the HoloLens 1 to the structure labeled as the brachiocephalic artery indicating the angle from the head to the virtual object. A yellow circle is shown on the label, which indicates the structure being examined. This is the convergence point where the center ray from the left eye and the center ray from the right eye intersect. As previously stated, and on information and belief, HoloLens 2 and IVAS build off of the foundation created by the HoloLens 1, and therefore it is believed that capabilities of |

U.S. Patent 9,349,183
"Method and Apparatus for Three-Dimensional Viewing of Images"
Pre-Discovery Evidence of Use for Infringement

Priority Date: December 28, 2006
Note: Statements made herein are illustrative and not exhaustive

the HoloLens 1 are representative of capabilities of the HoloLens 2 and IVAS.



Source: https://www.youtube.com/watch?v=6Gq2V59K140

For example, Microsoft Patent US 10,136,124, in the detailed description of the figures, it states "Turning now to FIGS. 2A-2D, aspects of one illustrative example is shown. FIG. 2A illustrates a top view of an example scenario used to illustrate configurations disclosed herein. In FIG. 2A, a user **201** is positioned relative to a first object **201** and a second object **202** at a first vergence distance, V**1**. As also shown in FIG. 2A, the objects are also located at a focal distance, F**1**. For illustrative purposes, dashed lines illustrate the line of sight from a first eye, e.g., the right eye, of the user **201** to the second object **202**; and the line of sight from a second eye, e.g., the left eye, of the user **201** to the second object **202**." Figure 2C shows that object 202 is in a new, closer position to the user 201. Note that the center ray from the left eye and the center ray from the right eye converge to a point in both Fig 2A and Fig 2C, as shown below.



FIG. 2A    FIG. 2C