UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| D3D Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Microsoft Corporation, <br><br> Defendant. | Case No.: 6:20-cv-01699-PGB-DCI <br><br> **JURY TRIAL DEMANDED** |

## CORRECTED JOINT MOTION TO MODIFY DEADLINES IN CASE MANAGEMENT ORDER

Plaintiff D3D Technologies, Inc. ("Plaintiff" or "D3D"), and Defendant Microsoft Corporation ("Defendant" or "Microsoft"), through their respective undersigned counsel, hereby file this Corrected Joint Motion to Modify Deadlines in the Case Management Order. This Corrected Motion is filed to correct the proposed date of the Dispositive Motion deadline in the table below.

As grounds for this Motion, the Parties state:

1. Plaintiff brought this action contending Defendant infringes five patents held by Plaintiff.

2. This case was originally assigned to the Honorable Gregory A. Presnell. On November 10, 2020, Judge Presnell entered a Case Management and Scheduling Order (Patent) (Dkt. No. 26) ("Case Management Order").

1

3. On March 2, 2021, the Clerk of the Court reassigned this case to the Honorable Paul G. Byron (Dkt. No. 53).

4. On March 19, 2021, the Parties filed a Joint Motion to Modify Certain Deadlines in the Case Management Order (Dkt. No. 57).

5. On March 22, 2021, the Court filed an Order granting in part and denying in part the Parties Joint Motion (Dkt. No. 60). Relevant to the present motion, the Judge granted the following extensions:

  a. Plaintiff's Expert Report is due November 23, 2021

  b. Defendant's Expert Report is due December 23, 2021

  c. Disclosure of Amended Infringement, Noninfringement, and Invalidity Contentions are due within 30 days of the Court's Claim Construction Order.

6. The Claim Construction Hearing occurred on June 16, 2021 (Dkt. No. 88). The Court has not yet issued its final Claim Construction Order.

7. The Claim Construction Order is highly relevant to both Parties' Expert Reports and the Amended Infringement, Noninfringement, and Invalidity Contentions – and effectively, all remaining deadlines.

8. Counsel for the Parties have conferred among themselves to make recommendations to the Court to amend the Scheduling Order to provide additional time for Expert Reports and Amended Infringement, Noninfringement, and

Invalidity Contentions, so that: (1) the Experts may incorporate the Court's Constructions into their respective reports, without needing to supplement; and (3) the Parties may use the Court's Constructions in their respective Final Contentions. Accordingly, the Parties jointly propose modifications to the Scheduling Order.

| Event | Current Date | Jointly Proposed Date |
|---|---|---|
| Close of Fact Discovery | November 15, 2021 | No Change. |
| Amended Infringement, Noninfringement, and Invalidity Contentions | 30 Days after Court's Claim Construction Order | No Change. |
| Opening Expert Reports | November 23, 2021 | 60 Days after Court's Claim Construction Order[1] |
| Rebuttal Expert Reports | December 23, 2021 | 30 Days after Opening Reports |
| Expert Discovery Deadline | March 2, 2022 | 10 Weeks after Rebuttal Reports |
| Second Mediation | March 23, 2022 | 1 Week after Daubert Motions (Daubert Motions proposed timing below) |
| Dispositive Motion | March 30, 2022 | 4 Weeks after Expert Discovery Deadline |

---

[1] The Parties will meet and confer and provide specific dates per event pending the Court's Claim Construction Order.

| | | |
|---|---|---|
| Daubert Motions | April 27, 2022 | 4 Weeks after Dispositive Motions |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | June 8, 2022 | 6 Weeks after Daubert Motions |
| Joint Final Pretrial Statement | June 22, 2022 | 2 Weeks after Meeting *In Person* to Prepare Joint Final Pretrial Statement |
| All Other Motions Including Motions *In Limine* | July 13, 2022 | 3 Weeks after Joint Final Pretrial Statement |
| Final Pretrial Conference | August 15, 2022 | 4 Weeks after All Other Motions Including Motions *In Limine* |
| Trial Briefs and color-coded Deposition Designations | August 29, 2022 | 2 Weeks after Final Pretrial Conference |
| Trial Term Begins | September 6, 2022 9:00 AM ET | 1 Week after Trial Briefs and color-coded Deposition Designations |
| Estimated Length of Trial | Seven Days | Seven Days |
| Jury/Non-Jury | Jury | Jury |

9. The Parties jointly propose to amend the Schedule so that "Opening Expert Reports" replace "Plaintiff's Expert Reports" and "Rebuttal Expert Reports" replace "Defendant's Expert Reports." Opening Expert Reports consist of three reports: (1) an Infringement Report; (2) an Invalidity Report; and (3) a Damages Report. The present schedule has Plaintiff going first on all three, but Defendant

4

bears the burden on Invalidity. Therefore, Opening Expert Reports shall be on issues upon which a party bears the burden of proof and Rebuttal Expert Reports shall be on issues upon which a party does not bear the burden of proof.

10. Good cause exists to extend the deadlines so that the experts and parties may utilizes the Court's Constructions without needing to supplement Reports and Contentions.

11. This Motion is timely made pursuant to Fed. R. Civ. P. 6. It is not made for any purpose of delay, but for the good cause established above. The award of the requested extensions of time for both Parties is a proper use of this Court's discretion.

## Local Rule 3.01 Certification

12. In accordance with Local Rule 3.01, the undersigned certify that counsel for Plaintiff and Defendant have conferred prior to the filing of the Motion, and Parties are in agreement with the relief requested in this Motion.

WHEREFORE, the Parties respectfully request that the Court amend the Schedule per Paragraph 8 above. Further, the Parties respectfully request that the Court grant the Parties' request specifying the exchange of Opening Expert Reports and Rebuttal Expert Reports, so that Opening Expert Reports shall be on issues upon which a party bears the burden of proof and Rebuttal Expert Reports shall be on issues upon which a party does not bear the burden of proof.

Respectfully submitted,

By: */s/ Jacqueline Tio*
Daniel C. Johnson
CARLTON FIELDS, P.A.
Trial Counsel
Florida Bar No. 522880
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801-3456
Tel. No.: (407) 849-0300
Fax No.: (407) 648-9009
Email: djohnson@carltonfields.com
Secondary: dcarlucci@carltonfields.com
Secondary:  orlecf@cfdom.net

Eleanor M. Yost
CARLTON FIELDS, P.A.
Trial Counsel
Florida Bar No. 1003178
4221 W. Boy Scout Blvd., Ste.1000
Tampa, Florida 33607-5780
Tel. No.: (813 229-4395
Fax No.: (813) 229-4133
Email: eyost@carltonfields.com

Juanita R. Brooks (pro hac vice)
FISH & RICHARDSON P.C.
CA SBN 75934
Trial Counsel
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel. No.: (858) 678-5070
Fax. No.: (858) 678-5099
Email: brooks@fr.com

Betty H. Chen (pro hac vice) FISH & RICHARDSON P.C.
CA SBN 2905885

By: */s/Charles E. Cantine*
Charles E. Cantine *(pro hac vice)*
Trial Counsel
Joseph Diamante *(pro hac vice)*
Trial Counsel
DUNLAP BENNETT & LUDWIG PLLC
349 5th Avenue
New York, NY 10016
Telephone: (703)-777-7319
Facsimile: (855)-266-8791
Email: ccantine@dbllawyers.com
Email: jdiamante@dbllawyers.com

Raymond C. Jones (pro hac vice)
Trial Counsel
Brian Medich (pro hac vice)
Trial Counsel
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street SE
Leesburg, VA 20175
Telephone: (703)-777-7319
Facsimile: (855)-226-8791
Email: rjones@dbllawyers.com
Email: bmedich@dbllawyers.com

Robert P. Greenspoon (pro hac vice)
Trial Counsel
William Flachsbart (pro hac vice)
Trial Counsel
Dunlap Bennett & Ludwig PLLC
333 N. Michigan Ave., Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500
Fax: (312) 551-9501
Email: rgreenspoon@dbllawyers.com
Email: wflachsbart@dbllawyers.com

6

Trial Counsel
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel. No.: (650) 839-5070
Fax No.: (650) 839-5071
Email: chen@fr.com

Jacqueline Tio (pro hac vice) GA Bar No. 940367
Aamir A. Kazi (pro hac vice) GA Bar No. 104235
FISH & RICHARDSON P.C.
Trial Counsel
1180 Peachtree Street, NE, 21st Floor Atlanta, GA 30309
Tel. No.: (404) 892-5005
Fax No.: (404) 892-5002
Email: tio@fr.com
Email: kazi@fr.com

*Counsel for Defendant Microsoft Corporation*

Dustin Mauser-Claassen
Florida Bar No.: 0119289
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 E. Pine St.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407)-422-2472
Facsimile: (407)-648-0161
Email: dmauser@kbzwlaw.com

*Counsel for D3D Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Charles E. Cantine*
*Counsel for D3D Technologies, Inc.*